UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

ROBERT FRESE,

    *Plaintiff*,

v.

GORDON MACDONALD, in his official capacity only as Attorney General of the State of New Hampshire,

    *Defendant*.

No. 1:18-cv-01180

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF BRIAN HAUSS AS ADDITIONAL COUNSEL FOR PLAINTIFF**

    Pursuant to Local Civil Rule 83.1(d), Plaintiff hereby moves for the admission, *pro hac vice*, of Brian Hauss, an attorney at the American Civil Liberties Union, and a member of the Bar of New York State, as additional counsel for Plaintiffs in this case. Mr. Hauss' declaration is filed herewith. Defendant, through counsel, assents.

Respectfully submitted,

ROBERT FRESE,

By and through his attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation,


/s/ Henry R. Klementowicz
Gilles R. Bissonnette (N.H. Bar. No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org


Date:   January 8, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that he has electronically filed this date the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. This filing is available for viewing and downloading from the ECF system.

Dated:  January 8, 2018                    /s/ Henry R. Klementowicz
                                           Henry R. Klementowicz