UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT FRESE,<br><br>*Plaintiff*,<br><br>v.<br><br>GORDON MACDONALD, in his official capacity only as Attorney General of the State of New Hampshire,<br><br>*Defendant*. | No. 1:18-cv-01180 |

## AFFIDAVIT OF BRIAN M. HAUSS

Brian M. Hauss, being first duly sworn under oath, hereby swears and testifies:

1. My office address and telephone number are as follows:

   American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor
   New York, NY 10004
   (212) 549-2500

2. I am admitted to practice in the following courts:

   Courts in the State of New York (5/18/2016)
   Courts in the State of California (inactive) (12/1/2012)
   U.S. Supreme Court (11/29/2017)

U.S. Court of Appeals for the Third Circuit (08/29/2018)
U.S. Court of Appeals for the Ninth Circuit (10/9/2018)
U.S. District Court for the Northern District of California (4/7/2016)
U.S. District Court for the Southern District of New York (8/30/2016)
U.S. District Court for the Eastern District of Michigan (5/11/2016)
U.S. District Court for the Northern District of Texas (11/9/2016)
U.S. District Court for the District of North Dakota (1/4/2017)

3. I am in good standing and eligible to practice in each of the Courts listed.

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no pending disciplinary charges in which I am involved. I have not been convicted of any felony or misdemeanor crimes.

6. No court has revoked my *pro hac vice* status.

FURTHER AFFIANT SAYETH NAUGHT

This __8th__ day of __January__, 2019

_____
BRIAN M. HAUSS

State of __New York__
County of __New York__

Subscribed and sworn to before me
This __8th__ day of __January__, 2019
By _____
Notary Public

LINDSEY BRETON KALEY
Notary Public, State of New York
No. 01KA6320437
Qualified in Kings County
Commission Expires Mar. 02 20__19__