UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ROBERT FRESE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:18-cv-1180-JL |
| ) | |
| GORDON J. MacDONALD, ) | |
| in his official capacity only as ) | |
| Attorney General of the ) | |
| State of New Hampshire, ) | |
| ) | |
| Defendant ) | |

*Assented-To* **Motion to Extend Deadline to File Motion
for Reconsideration Until Monday, November 25, 2019**

Defendant Gordon J. MacDonald, in his official capacity only as Attorney General of the State of New Hampshire (the "Attorney General"), by his counsel, the Office of the Attorney General, states as follows:

1. By Order (Doc. # 19) dated October 25, 2019, this Court denied the Attorney General's Motion to Dismiss (Doc. # 11).

2. The Attorney General wishes to file a Motion for Reconsideration.

3. Pursuant to L.R. 7.2, "[a] motion to reconsider an interlocutory order of the court … shall be filed within fourteen (14) days from the date of the order…." Thus, the Attorney General's deadline would be Friday, November 8, 2019, but for Standing Order 19-4 (McCafferty, C.J.) [Order Re: Implementation of NextGen CM/ECF], which extends the deadline to Tuesday, November 12, 2019.

1

4.  In light of certain workload exigencies, as well as a long planned vacation of counsel that begins on November 9 and concludes on Sunday, November 17, 2019, the undersigned counsel for the Attorney General seeks an extension of the foregoing deadline to Monday, November 25, 2019.

5.  The interest of the Plaintiff will not be unduly prejudiced by the requested extension. Moreover, the interests of justice will be served thereby.

6.  Counsel for the Plaintiff concurs in the relief requested.

WHEREFORE, the Attorney General respectfully requests that this Honorable Court:

A.  Extend the deadline to file a motion for reconsideration of the Court's October 25, 2019 Order (Doc. # 19) until Monday, November 25, 2019; and

B.  Grant such other and further relief as justice may require.

Respectfully submitted,

GORDON J. MacDONALD, in his
official capacity only as Attorney General
of the State of New Hampshire

By his attorney,

GORDON J. MacDONALD
ATTORNEY GENERAL

Date: November 4, 2019        By: /s/ Lawrence M. Edelman
                              Lawrence M. Edelman, Bar # 738
                              Assistant Attorney General
                              Rebecca D. Ricard, Bar #265503
                              Attorney
                              Civil Bureau
                              New Hampshire Dept. of Justice
                              33 Capitol Street
                              Concord, NH 03301
                              (603) 271-3650
                              lawrence.edelman@doj.nh.gov
                              rebecca.ricard@doj.nh.gov

3

**Certificate of Service**

  I hereby certify that a copy of the foregoing *Assented-To* Motion to Extend Deadline to File Motion for Reconsideration was served this 4th day of November, 2019, on all counsel of record, via the ECF System.

               /s/ Lawrence M. Edelman
               Lawrence M. Edelman