# EXHIBIT A



**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**

18 Low Avenue
Concord, New Hampshire 03301
603-225-3080
www.aclu-nh.org

Devon Chaffee
Executive Director

June 12, 2018

VIA EMAIL

Christopher Keating, Esq.
Administrative Office of the Courts
1 Granite Place, Suite N400
Concord, NH 03301

**Re:    Right-to-Know Request Regarding Enforcement of Criminal Defamation Statute
(RSA 644:11)**

Dear Attorney Keating:

This is a Right-to-Know request to the Administrative Office of the Courts pursuant to
Part I, Article 8 of the New Hampshire Constitution by the American Civil Liberties Union of
New Hampshire ("ACLU-NH"). The ACLU-NH defends and promotes the fundamental
principles embodied in the Bill of Rights and the U.S. and New Hampshire Constitutions. In
furtherance of that mission, the ACLU-NH regularly conducts research into government
activities in New Hampshire. We ask that your Office waive all fees associated with responding
to this request. Please contact me to discuss the fee waiver in advance of preparing any copies.

Below is the specific request:

1. A document sufficient to identify all prosecutions for criminal defamation under
RSA 644:11 available on the court system's database. This request seeks only
documents sufficient to identify (i) the defendant's identity, (ii) the case number,
and (iii) the case's location and disposition if available.

Thank you for your anticipated cooperation. I look forward to hearing from you as soon
as possible. Of course, if you have any questions or concerns, do not hesitate to contact me.

Very truly yours,

Gilles Bissonnette
ACLU-NH, Legal Director
Gilles@aclu-nh.org

1

## Gilles Bissonnette

| | |
|---|---|
| **From:** | Kelly Friberg <KFriberg@courts.state.nh.us> |
| **Sent:** | Tuesday, June 12, 2018 2:15 PM |
| **To:** | Gilles Bissonnette |
| **Subject:** | Right-to-Know Request |

Good afternoon, Mr. Bissonnette:

This e-mail serves as confirmation of receipt of the right-to-know request that was received via e-mail by Christopher Keating.  It has been forwarded to our data team for further review.

Please let me know if you have any questions.

Thank you,

**Kelly D. Friberg**
**Executive Assistant**
**Administrative Office of the Courts**
**1 Granite Place, Suite N400**
**Concord, NH 03301**
**(603) 271-2521 ext. 0304**
**kfriberg@courts.state.nh.us**

**Gilles Bissonnette**

| | |
|---|---|
| **From:** | Christopher Keating <CKeating@courts.state.nh.us> |
| **Sent:** | Thursday, July 5, 2018 8:26 AM |
| **To:** | Gilles Bissonnette |
| **Cc:** | Kelly Friberg |
| **Subject:** | FW: Right to Know Request |
| **Attachments:** | ACLU request received 06-12-18.pdf; Criminal Defamation filings 2009-2017.pdf; Criminal Defamation dispositions 2009-2017.pdf |

Dear Gilles:

This message is in response to your June 12th request for criminal data pertaining to the criminal defamation statute. Attached please find 2 reports: the first lists charges filed and the second lists charges disposed. The information comes from two different reports, so they contain different types of detail. Explanatory notes have been provided below. We hope this is helpful.

**Filing (Offense Code Report) notes:**

| |
|---|
| This is a count of charges filed 1/1/2009-12/31/2017, which fell under **RSA 644:11.** |
| Charges may be amended throughout the criminal process. The offense counted is the offense reported as of 7/3/18. |
| This does not include annulled charges. |
| Multiple charges may be filed in one case. |
| This includes data from the Superior Court and Circuit Court-District Division. It does not include Juvenile Delinquency data. |

**Disposition (Criminal Disposition Type report) notes:**

| |
|---|
| This includes charges disposed 1/1/2009–12/31/2017, which fell under **RSA 644:11**. It does not represent charges *filed* in that date range, some of which may not yet be disposed. |
| Dispositions and charges may be amended throughout the criminal process. The disposition and offense counted are those that were reported as of 7/3/18. |
| Some convictions may have been appealed. |
| This includes data from the Superior Court and Circuit Court-District Division. It does not include Juvenile Delinquency data. |
| This does not include annulled charges. |
| Some charges could be represented twice, if they were disposed both in District (as boundover/indicted), then again in Superior (as acquittal/conviction/etc.), in the same date range. |
| The "Indicted" disposition is used to close a matter in the District Division when the charge is transferred to Superior Court prior to the probable cause hearing in the District Division. This number does not represent the total number of charges indicted. |



**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**

18 Low Avenue
Concord, New Hampshire 03301
603-225-3080
www.aclu-nh.org

Devon Chaffee
Executive Director

June 12, 2018

VIA EMAIL

Christopher Keating, Esq.
Administrative Office of the Courts
1 Granite Place, Suite N400
Concord, NH  03301

**Re:    Right-to-Know Request Regarding Enforcement of Criminal Defamation Statute (RSA 644:11)**

Dear Attorney Keating:

This is a Right-to-Know request to the Administrative Office of the Courts pursuant to Part I, Article 8 of the New Hampshire Constitution by the American Civil Liberties Union of New Hampshire ("ACLU-NH").  The ACLU-NH defends and promotes the fundamental principles embodied in the Bill of Rights and the U.S. and New Hampshire Constitutions.  In furtherance of that mission, the ACLU-NH regularly conducts research into government activities in New Hampshire.  We ask that your Office waive all fees associated with responding to this request.  Please contact me to discuss the fee waiver in advance of preparing any copies.

Below is the specific request:

1. A document sufficient to identify all prosecutions for criminal defamation under RSA 644:11 available on the court system's database.  This request seeks only documents sufficient to identify (i) the defendant's identity, (ii) the case number, and (iii) the case's location and disposition if available.

Thank you for your anticipated cooperation.  I look forward to hearing from you as soon as possible.  Of course, if you have any questions or concerns, do not hesitate to contact me.

Very truly yours,

Gilles Bissonnette
ACLU-NH, Legal Director
Gilles@aclu-nh.org

1

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017     Sort Order: Case Number     Case Type: Aggravated DWI,Bail,Boundover,Class A

Strafford Superior Court

64411                Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 219-2016-CR-00088 | CRIM | State v. Melissa St Pierre | 01/14/2016 | Closed | Strafford Superior Court |

Group Count:   1

Total Count:   1

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017    Sort Order: Case Number    Case Type: Aggravated DWI,Bail,Boundover,Class A

Hillsborough Superior Court Southern District

---

64411            Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 226-2016-CR-00024 | CRIM | State v. Brian Colsia | 01/14/2016 | Pleading(s) Pending | Hillsborough Superior Court |
| 226-2016-CR-00024 | CRIM | State v. Brian Colsia | 01/14/2016 | Pleading(s) Pending | Hillsborough Superior Court |
| 226-2016-CR-00024 | CRIM | State v. Brian Colsia | 01/14/2016 | Pleading(s) Pending | Hillsborough Superior Court |

Group Count:  3

Total Count:  3

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017      Sort Order:  Case Number      Case Type:  Aggravated DWI,Bail,Boundover,Class A

3rd Circuit - District Division - Conway

---

**64411**          **Criminal Defamation**

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 430-2010-CR-00654 | CRIM | State v. Brandon C McLellan | 05/17/2010 | Closed | 3rd Circuit - District Division - Conway |

Group Count:  1

Total Count:   1

---

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017     Sort Order: Case Number     Case Type: Aggravated DWI,Bail,Boundover,Class A

10th Circuit - District Division - Derry

---

64411          Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 431-2016-CR-00561 | CRIM | State v. Derick Grover | 03/16/2016 | Closed | 10th Circuit - District Division - Derry |

Group Count:  1

Total Count:  1

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017     Sort Order:  Case Number     Case Type:  Aggravated DWI,Bail,Boundover,Class A

7th Circuit - District Division - Dover

---

64411          Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 432-2017-CR-02369 | CRIM | State v. Diane Dever | 10/04/2017 | Closed | 7th Circuit - District Division - Dover |

Group Count:   1

Total Count:   1

---

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017     Sort Order:  Case Number     Case Type:  Aggravated DWI,Bail,Boundover,Class A

10th Circuit - District Division - Brentwood

64411                Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 435-2012-CR-01783 | CRIM | State v. Carla J Costa | 09/05/2012 | Scheduling Pending | 10th Circuit - District Division - Brentwood |
| 435-2013-CR-02115 | CRIM | State v. Michael Miller | 10/24/2013 | Closed | 10th Circuit - District Division - Brentwood |

Group Count:   2

Total Count:   2

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017      Sort Order:  Case Number      Case Type:  Aggravated DWI,Bail,Boundover,Class A

9th Circuit - District Division - Goffstown

---

64411              Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 438-2010-CR-01067 | CRIM | State v. Rebecca Coburn | 07/13/2010 | Closed | 9th Circuit - District Division - Goffstown |

Group Count:  1

Total Count:   1

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017      Sort Order: Case Number      Case Type: Aggravated DWI,Bail,Boundover,Class A

10th Circuit - District Division - Seabrook

---

64411          Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 441-2011-CR-03148 | CRIM | State v. Brian Wilson | 10/18/2011 | Closed | 10th Circuit - District Division - Seabrook |

Group Count:   1

Total Count:   1

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017       Sort Order:  Case Number       Case Type:  Aggravated DWI,Bail,Boundover,Class A

6th Circuit - District Division - Hillsborough

---

64411            Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 444-2009-CR-01225 | CRIM | State v. Sarah England-Church | 10/14/2009 | Closed | 6th Circuit - District Division - |

Group Count:   1


Total Count:   1

---

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017      Sort Order:  Case Number      Case Type:  Aggravated DWI,Bail,Boundover,Class A

8th Circuit - District Division - Jaffrey

---

64411                Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 448-2009-CR-01105 | CRIM | State v. Joshua Berard | 07/20/2009 | Default | 8th Circuit - District Division - Jaffrey |

Group Count:  1

64411                Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 448-2015-CR-01338 | CRIM | State v. Heather Nowicki | 11/23/2015 | Closed | 8th Circuit - District Division - Jaffrey |

Group Count:  1

Total Count:  2

---

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017     Sort Order: Case Number     Case Type: Aggravated DWI,Bail,Boundover,Class A

4th Circuit - District Division - Laconia

---

64411          Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 450-2014-CR-02607 | CRIM | State v. Loren Emmons | 08/13/2014 | Closed | 4th Circuit - District Division - Laconia |
| 450-2014-CR-02607 | CRIM | State v. Loren Emmons | 08/13/2014 | Closed | 4th Circuit - District Division - Laconia |
| 450-2014-CR-02607 | CRIM | State v. Loren Emmons | 08/13/2014 | Closed | 4th Circuit - District Division - Laconia |
| 450-2014-CR-02607 | CRIM | State v. Loren Emmons | 08/13/2014 | Closed | 4th Circuit - District Division - Laconia |
| 450-2017-CR-02905 | CRIM | State v. Loren Emmons | 11/20/2017 | Pending | 4th Circuit - District Division - Laconia |
| 450-2017-CR-02905 | CRIM | State v. Loren Emmons | 11/20/2017 | Pending | 4th Circuit - District Division - Laconia |
| 450-2017-CR-02905 | CRIM | State v. Loren Emmons | 11/20/2017 | Pending | 4th Circuit - District Division - Laconia |

Group Count:  7

Total Count:   7

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017        Sort Order: Case Number        Case Type: Aggravated DWI,Bail,Boundover,Class A

2nd Circuit - District Division - Lebanon

---

64411            Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 452-2012-CR-01230 | CRIM | State v. Christine A Richardson | 07/16/2012 | Closed | 2nd Circuit - District Division - Lebanon |

Group Count:   1

Total Count:   1

---

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017    Sort Order: Case Number    Case Type: Aggravated DWI,Bail,Boundover,Class A

9th Circuit - District Division - Nashua

---

64411              Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 459-2012-CR-03121 | CRIM | State v. Robert Frese | 05/22/2012 | Closed | 9th Circuit - District Division - Nashua |
| 459-2017-CR-04474 | CRIM | State v. Mary Norton | 10/06/2017 | Closed | 9th Circuit - District Division - Nashua |

Group Count:   2

Total Count:   2

---

# Offense Codes Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017     Sort Order:  Case Number     Case Type:  Aggravated DWI,Bail,Boundover,Class A

5th Circuit - District Division - Newport

---

64411          Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 462-2016-CR-00288 | CRIM | State v. Michael Prindiville | 02/26/2016 | Closed | 5th Circuit - District Division - Newport |

Group Count:   1

Total Count:   1

---

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017      Sort Order:  Case Number      Case Type:  Aggravated DWI,Bail,Boundover,Class A
3rd Circuit - District Division - Ossipee

---

64411                    Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 464-2011-CR-00465 | CRIM | State v. Patrick M Fitzpatrick | 03/17/2011 | Closed | 3rd Circuit - District Division - Ossipee |
| 464-2014-CR-01761 | CRIM | State v. Doug Kenny | 09/29/2014 | Closed | 3rd Circuit - District Division - Ossipee |

Group Count:   2

Total Count:   2

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017    Sort Order:  Case Number    Case Type:  Aggravated DWI,Bail,Boundover,Class A

10th Circuit - District Division - Portsmouth

---

64411            Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|---|---|---|---|---|---|
| 470-2011-CR-00475 | CRIM | State v. Rachel E Kammerer | 03/15/2011 | Closed | 10th Circuit - District Division - |
| 470-2012-CR-00527 | CRIM | State v. Robert G McDowell | 03/22/2012 | Closed | 10th Circuit - District Division - |
| 470-2012-CR-00670 | CRIM | State v. Kelsey Green | 04/11/2012 | Closed | 10th Circuit - District Division - |
| 470-2014-CR-00683 | CRIM | State v. Sanford A Moore | 04/22/2014 | Closed | 10th Circuit - District Division - |

Group Count:   4

Total Count:   4

---

# Offense Codes Report

New Hampshire

Date Range:  01/01/2009 to 12/31/2017      Sort Order:  Case Number        Case Type:  Aggravated DWI,Bail,Boundover,Class A

10th Circuit - District Division - Salem

---

64411                Criminal Defamation

| Case Number | Case Type | Case Style | Filed On | Status | Court |
|-------------|-----------|------------|----------|--------|-------|
| 473-2014-CR-03424 | CRIM | State v. Rachael Wallace | 10/03/2014 | Closed | 10th Circuit - District Division - Salem |

Group Count:   1


Total Count:   1

---

# Cases by Offense Code Report

New Hampshire

Date Range: 01/01/2009 to 12/31/2017     Sort Order: Case Number     Case Type: Aggravated DWI,Bail,Boundover,Class A
Summary

### Strafford Superior Court

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |

### Hillsborough Superior Court Southern District

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 3 |
| Sub-Total Count: | | 3 |

### 3rd Circuit - District Division - Conway

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |

### 10th Circuit - District Division - Derry

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |

### 7th Circuit - District Division - Dover

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |

### 10th Circuit - District Division - Brentwood

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 2 |
| Sub-Total Count: | | 2 |

### 9th Circuit - District Division - Goffstown

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |

### 10th Circuit - District Division - Seabrook

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |

| | | Sub-Total Count: | 1 |

## 6th Circuit - District Division - Hillsborough

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 1 |
| | Sub-Total Count: | 1 |

## 8th Circuit - District Division - Jaffrey

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 2 |
| | Sub-Total Count: | 2 |

## 4th Circuit - District Division - Laconia

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 7 |
| | Sub-Total Count: | 7 |

## 2nd Circuit - District Division - Lebanon

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 1 |
| | Sub-Total Count: | 1 |

## 9th Circuit - District Division - Nashua

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 2 |
| | Sub-Total Count: | 2 |

## 5th Circuit - District Division - Newport

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 1 |
| | Sub-Total Count: | 1 |

## 3rd Circuit - District Division - Ossipee

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 2 |
| | Sub-Total Count: | 2 |

## 10th Circuit - District Division - Portsmouth

| Offense Code | Offense Description | Cases |
| --- | --- | --- |
| 64411 | Criminal Defamation | 4 |
| | Sub-Total Count: | 4 |

# Cases by Offense Code Report

New Hampshire

| | | |
|---|---|---|
| Date Range: 01/01/2009 to 12/31/2017 | Sort Order: Case Number | Case Type: Aggravated DWI,Bail,Boundover,Class A |

Summary

10th Circuit - District Division - Salem

| Offense Code | Offense Description | Cases |
|---|---|---|
| 64411 | Criminal Defamation | 1 |
| Sub-Total Count: | | 1 |
| Total Count: | | 32 |

# Criminal Disposition Type

| | | |
|---|---|---|
| Courts: All | Dispo Types: All | |
| Final Degrees: All | Final Statute Types: 64411 | |
| Dispo Start Date: 1/1/2009 | Dispo End Date: 12/31/2017 | |
| Printed Date/time: 7/3/2018 2:20:23 PM | | |

| Court Name | Case Number | Chrg Num | File Date | Final Statute | Final Deg Desc | Final Chrg Off Desc | Disp Date | Disp Type | Disp Type Group |
|---|---|---|---|---|---|---|---|---|---|
| 10th Circuit - District Division - Brentwood | 435-2012-CR-01783 | 3 | 09/05/2012 | 644:11 | MISDB | Criminal Defamation | 04/16/2013 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Brentwood | 435-2013-CR-02115 | 3 | 10/24/2013 | 644:11 | MISDB | Criminal Defamation | 12/04/2014 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Derry | 431-2016-CR-00561 | 1 | 03/16/2016 | 644:11 | MISDB | Criminal Defamation | 11/18/2016 | Dismissed (DIS) | Dismissed |
| 10th Circuit - District Division - Plaistow | 468-2008-CR-01059 | 1 | 08/12/2008 | 644:11 | MISDB | Criminal Defamation | 04/22/2010 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Portsmouth | 470-2011-CR-00475 | 2 | 03/15/2011 | 644:11 | VIOL | Criminal Defamation | 12/06/2011 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Portsmouth | 470-2012-CR-00527 | 1 | 03/22/2012 | 644:11 | MISDB | Criminal Defamation | 08/21/2012 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Portsmouth | 470-2012-CR-00670 | 2 | 04/11/2012 | 644:11 | MISDB | Criminal Defamation | 05/29/2012 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Portsmouth | 470-2014-CR-00683 | 1 | 04/22/2014 | 644:11 | MISDB | Criminal Defamation | 05/05/2014 | Finding of Guilty (C10) | Conviction |
| 10th Circuit - District Division - Salem | 473-2014-CR-03424 | 2 | 10/03/2014 | 644:11 | MISDB | Criminal Defamation | 10/20/2014 | Placed on File w/o Finding (C17) | Other |
| 10th Circuit - District Division - Seabrook | 441-2011-CR-03148 | 1 | 10/18/2011 | 644:11 | MISDB | Criminal Defamation | 02/14/2012 | Finding of Guilty (C10) | Conviction |
| 2nd Circuit - District Division - Lebanon | 452-2012-CR-01230 | 1 | 07/16/2012 | 644:11 | MISDB | Criminal Defamation | 01/23/2013 | Finding of Guilty (C10) | Conviction |
| 3rd Circuit - District Division - Conway | 430-2010-CR-00654 | 1 | 05/17/2010 | 644:11 | MISDB | Criminal Defamation | 05/18/2010 | Placed on File w/o Finding (C17) | Other |
| 3rd Circuit - District Division - Ossipee | 464-2011-CR-00465 | 3 | 03/17/2011 | 644:11 | MISDA | Criminal Defamation | 04/04/2011 | Placed on File w/o Finding (C17) | Other |
| 3rd Circuit - District Division - Ossipee | 464-2014-CR-01761 | 1 | 09/29/2014 | 644:11 | MISDB | Criminal Defamation | 01/14/2015 | Finding of Guilty (C10) | Conviction |
| 4th Circuit - District Division - Laconia | 450-2014-CR-02607 | 1 | 08/13/2014 | 644:11 | MISDB | Criminal Defamation | 10/02/2014 | Finding of Guilty (C10) | Conviction |
| 4th Circuit - District Division - Laconia | 450-2014-CR-02607 | 2 | 08/13/2014 | 644:11 | MISDB | Criminal Defamation | 10/02/2014 | Placed on File w/o Finding (C17) | Other |
| 4th Circuit - District Division - Laconia | 450-2014-CR-02607 | 3 | 08/13/2014 | 644:11 | MISDB | Criminal Defamation | 10/02/2014 | Placed on File w/o Finding (C17) | Other |
| 4th Circuit - District Division - Laconia | 450-2014-CR-02607 | 4 | 08/13/2014 | 644:11 | MISDB | Criminal Defamation | 10/02/2014 | Finding of Guilty (C10) | Conviction |
| 5th Circuit - District Division - Newport | 462-2016-CR-00288 | 1 | 02/26/2016 | 644:11 | MISDB | Criminal Defamation | 09/14/2017 | Nolle Prossed (NP) | Nolle Prossed |
| 6th Circuit - District Division - Hillsborough | 444-2009-CR-01225 | 1 | 10/14/2009 | 644:11 | MISDB | Criminal Defamation | 11/12/2009 | Finding of Guilty (C10) | Conviction |
| 7th Circuit - District Division - Dover | 432-2017-CR-02369 | 1 | 10/04/2017 | 644:11 | VIOL | Criminal Defamation | 10/17/2017 | Finding of Guilty (C10) | Conviction |
| 8th Circuit - District Division - Jaffrey | 448-2009-CR-01105 | 1 | 07/20/2009 | 644:11 | MISDB | Criminal Defamation | 10/05/2009 | Finding of Guilty (C10) | Conviction |
| 8th Circuit - District Division - Jaffrey | 448-2015-CR-01338 | 1 | 11/23/2015 | 644:11 | VIOL | Criminal Defamation | 06/23/2016 | Finding of Guilty (C10) | Conviction |
| 9th Circuit - District Division - Goffstown | 438-2010-CR-01067 | 1 | 07/13/2010 | 644:11 | MISDB | Criminal Defamation | 10/19/2010 | Nolle Prossed (NP) | Nolle Prossed |
| 9th Circuit - District Division - Nashua | 459-2012-CR-03121 | 1 | 05/22/2012 | 644:11 | MISDB | Criminal Defamation | 08/03/2012 | Finding of Guilty (C10) | Conviction |
| 9th Circuit - District Division - Nashua | 459-2017-CR-04474 | 1 | 10/06/2017 | 644:11 | MISDB | Criminal Defamation | 12/06/2017 | Placed on File w/o Finding (C17) | Other |
| Hillsborough Superior Court Southern District | 226-2016-CR-00024 | 4 | 01/14/2016 | 644:11 | MISDB | Criminal Defamation | 01/18/2017 | Jury Verdict of Not Guilty (JVNG) | Acquittal |
| Hillsborough Superior Court Southern District | 226-2016-CR-00024 | 5 | 01/14/2016 | 644:11 | MISDB | Criminal Defamation | 01/18/2017 | Jury Verdict of Not Guilty (JVNG) | Acquittal |
| Hillsborough Superior Court Southern District | 226-2016-CR-00024 | 6 | 01/14/2016 | 644:11 | MISDB | Criminal Defamation | 01/18/2017 | Jury Verdict of Not Guilty (JVNG) | Acquittal |
| Strafford Superior Court | 219-2016-CR-00088 | 2 | 01/14/2016 | 644:11 | MISDB | Criminal Defamation | 09/21/2016 | Guilty by Court (GBC) | Conviction |