# EXHIBIT B



July 18, 2018

VIA EMAIL (jlavoie@hudsonnh.gov)

Jason Lavoie
Chief of Police
Hudson Police Department
1 Constitution Drive
Hudson, NH 03051

**Re:     Right-to-Know Request Regarding Enforcement of Criminal Defamation Statute (RSA 644:11)**

Dear Chief Lavoie:

This is a Right-to-Know request to the Hudson Police Department pursuant to RSA 91-A and Part I, Article 8 of the New Hampshire Constitution by the American Civil Liberties Union of New Hampshire ("ACLU-NH"). The ACLU-NH defends and promotes the fundamental principles embodied in the Bill of Rights and the U.S. and New Hampshire Constitutions. In furtherance of that mission, the ACLU-NH regularly conducts research into government activities in New Hampshire. We ask that your Department waive all fees associated with responding to this request. Please contact me to discuss the fee waiver in advance of preparing any copies.

Below are the specific requests:

1. Copies of all internal regulations, guidelines, training materials, standards, and policies published, applied, or otherwise utilized by your Department, if any, concerning the implementation, interpretation, and enforcement of RSA 644:11.

2. The complete file consisting of all public documents in the following cases brought by your Department: *State v. Robert Frese*, No. 459-2012-CR-03121 (9th Circuit-District Division-Nashua, filed May 22, 2012); *State v. Mary Norton*, No. 459-2017-CR-04474 (9th Circuit-District Division-Nashua, filed October 6, 2017). This request includes the charging documents and police reports identifying the criminal defamation allegations in each case.

In responding to this request, please consider the time limits mandated by the Right-to-Know law. In discussing those limits in *ATV Watch v. N.H. Dep't of Res. & Econ. Dev.*, 155 N.H. 434 (2007), the New Hampshire Supreme Court has stated that RSA 91-A:4, IV requires that a public body or agency, "within 5 business days of the request, make such records

HUD001

available, deny the request in writing with reasons, or to furnish written acknowledgement of the receipt of the request and a statement of the time reasonably necessary to determine whether the request shall be granted or denied." *Id.* at 440.

If produced, these records must be produced irrespective of their storage format; that is, they must be produced whether they are kept in tangible (hard copy) form or in an electronically-stored format, including but not limited to e-mail communications. If any records are withheld, or any portion redacted, please specify the specific reasons and statutory exemption relied upon. *See* RSA 91-A:4, IV (official must "make such record available" or "deny the request in writing _with reasons_") (emphasis added).

Thank you for your anticipated cooperation. I look forward to hearing from you as soon as possible. Of course, if you have any questions or concerns, do not hesitate to contact me.

Very truly yours,


Gilles Bissonnette
ACLU-NH, Legal Director
Gilles@aclu-nh.org

HUD002

# CASE SUMMARY
## CASE NO. 459-2012-CR-03121

| | | | |
|---|---|---|---|
| **State v. Robert Frese** | § | Location: | **9th Circuit - District Division - Nashua** |
| | § | | |
| | § | Filed on: | **05/22/2012** |
| | § | | |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Criminal Defamation | 644:11 | MISDB | 05/08/2012 | Case Status: | **10/16/2012  Closed** |
| ChargeID: 645293C   ACN: 007025J120645293001 | | | | | |
| Arrest: | | | | | |
| 2. Harassment | 644:4 | MISDA | 02/26/2012 | | |
| ChargeID: 645294C   ACN: 007025J120645294002 | | | | | |
| Arrest: | | | | | |

**Bonds**
Cash   $500.00
8/3/2012          Discharged
5/9/2012          Posted
Counts: 1

---

### PARTY INFORMATION

| | |
|---|---|
| **Defendant** | **Frese, Robert** |
| | *43 Hayes Park* |
| | *Exeter, NH 03833* |
| **Arresting Agency** | **Hudson Police Department** |
| | *1 Constitution Drive* |
| | *Hudson, NH 03051* |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/09/2012 | Bond<br>*Cash Bail $500* | *Index #1* |
| 05/09/2012 | Orders and Conditions of Bail | *Index #2* |
| 05/18/2012 | Notice of Intent to Seek Class A Penalties | *Index #3* |
| 05/24/2012 | **Arraignment on Complaint** | |
| 05/30/2012 | **Arraignment on Complaint** | |
| 05/30/2012 | Agreement (Judicial Officer: Bamberger, Thomas E )<br>Party:  Defendant  Frese, Robert;  Arresting Agency  Hudson Police Department<br>*Cont'd. 30 days for plea & sent.* | *Index #4* |
| 08/03/2012 | **Plea** | |
| 08/03/2012 | **Plea** (Judicial Officer: Bamberger, Thomas E)<br>  1. Criminal Defamation<br>      Guilty | |
| 08/03/2012 | **Disposition** (Judicial Officer: Bamberger, Thomas E)<br>  2. Harassment<br>      Nolle Prossed | |
| 08/03/2012 | **Sentence**<br>  1. Criminal Defamation<br>      Sentenced<br>      Fees | |

HUD003

Fines: $1,488.00
Suspended Fines: $1,116.00
Condition - Adult:
1. Good Behavior for Two Years, continur with seacoast mental health, 08/03/2012,
Active 08/03/2012

08/03/2012   **Disposition** (Judicial Officer: Bamberger, Thomas E)
1. Criminal Defamation
Finding of Guilty

08/03/2012   Acknowledgement and Waiver of Rights (Judicial Officer: Bamberger, Thomas E )     *Index #5*
Party: Defendant Frese, Robert

| DATE | FINANCIAL INFORMATION | |
|------|----------------------|--|
| | **Defendant** Frese, Robert | |
| | Total Charges | 372.00 |
| | Total Payments and Credits | 372.00 |
| | **Balance Due as of 6/12/2018** | **0.00** |
| | | |
| | **Defendant** Frese, Robert | |
| | Criminal Cash Bail Balance as of 6/12/2018 | **0.00** |

HUD004

# CASE SUMMARY
## CASE NO. 459-2017-CR-04474

| State v. Mary Norton | § | | |
|---|---|---|---|
| | § | Location: | **9th Circuit - District Division - Nashua** |
| | § | Filed on: | **10/06/2017** |
| | § | | |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Criminal Defamation | 644:11 | MISDB | 09/12/2017 | Case Status: | **12/21/2017  Closed** |
| ChargeID: 1423982C  ACN: 007025J171423982001 | | | | | |
| Arrest:  09/12/2017 | | | | | |

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **Norton, Mary** | **Goulden, Timothy J, ESQ** |
| | *150 Barretts Hill Road* | *Retained* |
| | *Hudson, NH 03051* | 603-582-0197(W) |
| | *White  Female  Height 5′ 6″  Weight 170* | |
| | *DOB: 08/19/1954  Age: 63* | |
| | | |
| **Arresting Agency** | **Hudson Police Department** | |
| | *1 Constitution Drive* | |
| | *Hudson, NH 03051* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/02/2017 | Orders and Conditions of Bail | *Index #1* |
| 10/02/2017 | Personal Recognizance Bond | *Index #2* |
| 10/02/2017 | Appearance  Party:  Attorney  Goulden, Timothy J, ESQ | *Index #3* |
| 10/02/2017 | Entry of Not Guilty Plea & Waiver of Arraignment by Counsel  Party:  Attorney  Goulden, Timothy J, ESQ | *Index #4* |
| 10/06/2017 | Complaint As Accepted For Filing | |
| 10/19/2017 | **Arraignment on Complaint** | |
| 12/06/2017 | **Pre-Trial Conference** | |
| 12/06/2017 | **Disposition** (Judicial Officer: Leary, James H)  1. Criminal Defamation  Placed on File w/o Finding | |
| 12/06/2017 | **Sentence** (Judicial Officer: Leary, James H)  1. Criminal Defamation  Sentenced  Condition - Adult:  1. Good Behavior for One Year, def is to mail four letters of apology to neighbors, 12/06/2017, Active 12/06/2017 | |

# TOWN OF HUDSON

## Police Department

*Partners with the Community*



1 Constitution Drive, Hudson, New Hampshire 03051
Voice/TTY (603) 886-6011/Crime Line (603) 594-1150/Fax (603) 886-0605



*Jason J. Lavoie*
*Chief of Police*

*Captain William M. Avery, Jr.*
*Operations Bureau*

*Captain Jason Lucontoni*
*Administrative Bureau*

July 19, 2018

American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301

Dear Legal Director Bissonnette,

We are in receipt of your request dated July 18, 2018 for records pursuant to RSA 91-A in regards to RSA 644:11. We are reviewing your request and, pursuant to 91-A:4, IV, state 10 days are reasonably necessary to determine whether we will grant or deny your request.

Sincerely,

Jamie Iskra
Information Manager



*Jason J. Lavoie*
*Chief of Police*

*Captain William M. Avery, Jr.*
*Operations Bureau*

*Captain Jason Lucontoni*
*Administrative Bureau*

August 7, 2018

American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301

Dear Legal Director Bissonnette,

In response to your Right to Know request dated July 18, 2018, in regards to NH RSA 644:11, please be advised that the Hudson Police Department does not have any documentation pertaining to item one of your request.

Please find the enclosed documentation pertaining to item two of your request:

12-433-AR Hudson Police Arrest report regarding Robert Frese

17-866-AR Hudson Police Arrest report regarding Mary Norton (please be advised upon response to your request, it was noted that Mary has been listed as a "M" male, she is a female)

In accordance with NH RSA 91-A:5, IV protecting an unwarranted invasion of privacy, the following information has been excluded/redacted from these reports:

- Names of juveniles, dates of birth, social security numbers, addresses, license numbers, other state or federal assigned numbers and email addresses

Lastly, please find receipt # 516,829 for your payment.

If you have any further questions, please contact me at 603-816-2236.

Sincerely,

Jamie Iskra
Information Manager

Printed
8/02/2018
2:10PM

Created
8/02/2018
2:09 PM

# Transaction Receipt

**Town of Hudson, NH**
12 School Street
Hudson, NH 03051-4249

| | Description | Current Invoice | Payment | |
|---|---|---|---|---|
| 1.00 | Police Reports | | | |
| | 12-433-AR & 17-866-AR | | | |
| | Police Reports | 0.00 | 20.0000 | |
| | | | Total: | 20.00 |

| Remitter | Pay Type | Reference | Tendered | Change | Net Paid |
|---|---|---|---|---|---|
| ACLU/Atty Bissonnette -Jl | CHECK | CK #2184 | 20.00 | 0.00 | 20.00 |

|  |  |
|---|---|
| Total Due: | 20.00 |
| Total Tendered: | 20.00 |
| Total Change: | 0.00 |
| Net Paid: | 20.00 |

Docket # _____ TN # 026129807

## The State of New Hampshire
### COMPLAINT

Docket #

☐ VIOLATION  ☒ CLASS A MISDEMEANOR  ☐ FELONY
☐ CLASS B

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE SAID COURT

AT _____ O'CLOCK IN THE AM/PM ON_____ YR. ___
UNDER PENALTY OF LAW TO ANSWER TO A COMPLAINT
CHARGING YOU WITH THE FOLLOWING OFFENSE:
TO THE 9th District-Nashua COURT, COUNTY OF Hillsborough ..................

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

NAME FRESE ............................ ROBERT ..........................
     Last Name                         First Name            MI

Address _____ State _____ Zip

DOB _____ OP. LIC.# ..............................................

| 54 | 54 | 5 | 9 | 155 | WRITE/OUR BROWN | BROWN |
| Sex | Race | Height | Weight | Color of Hair | Color of Eyes |

☐ COMM. VEH. ☐ COMM. DR. LIC. ☐ HAZ. MAT. ☐ 16+ PASSENGER
46 ROBINSON POND DR HUDSON, NH
AT Between Feb 26 2012 10:54 (approx) and May 2 2012 at 744pm
ON THE ............ DAY OF ................ YR...... at ..... P.M.
5/3 Warrant, 4-6pm  HARASSMENT
on/at in said county and state, did commit the offense of .................
644:4 1
.................................................... contrary to RSA ............

and the laws of New Hampshire for which the defendant should be held to

answer, in that the defendant did
commit the crime of harassment by taunting Mike Robillard in
a manner likely to incite a disorderly response from Mike
Robillard, via Craigslist, a public internet forum, by
repeatedly posting Mike Robillards name, calling Mike
Robillard and his business a scam, and asking the
public if they had been molested, harassed or both by
Robillard,

against the peace and dignity of the State.

☐ SERVED IN HAND

_____
Complainant                                    Dept.

Personally appeared the above named complainant and made oath that the
above complaint by him/her subscribed is, in his/her belief, true.

DATE 5/8/12 _____
AOC 103A-045 7/11            POLICE COPY            Justice of the Peace

HUD009

Docket # _____  TN # 026129807

# The State of New Hampshire
## COMPLAINT

9202 00P 00513

☐ VIOLATION  ☑ CLASS A MISDEMEANOR  ☐ FELONY
☒ CLASS B

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE SAID COURT
AT _____ O'CLOCK IN THE AM/PM ON _____ YR.
UNDER PENALTY OF LAW TO ANSWER TO A COMPLAINT
CHARGING YOU WITH THE FOLLOWING OFFENSE:
TO THE Nashua 9th District COURT, COUNTY OF Hillsborough

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT
NAME  FRESE _____ ROBERT _____ M.
    Last Name                    First Name

Address _____ State _____ Zip _____

DOB _____ OP. LIC.# _____

| | | 5 9 9 | 1 6 0 | WRITE OUT BROWN | BROWN |
| Sex | Race | Height | Weight | Color of Hair | Color of Eyes |

☐ COMM. VEH.  ☐ COMM. DR. LIC.  ☐ HAZ. MAT.  ☐ 16+ PASSENGER

AT 48 ROBINSON POND DR HUDSON, NH
Between Feb 26 2012, 10:50pm and May 2 2012 at 7:44pm
ON THE ........ DAY OF ........ YR ..... at ..... P.M.

on/at in said county and state, did commit the offense of ..... CRIMINAL
DEFAMATION OF CHARACTER ........ contrary to RSA ..... 644:11
and the laws of New Hampshire for which the defendant should be held to
answer, in that the defendant did
purposely communicate in writing via Craigslist, a public
internet forum, that Mike Robillard distributed heroin in
2009 and was charged with willful concealment in 2011,
knowing said information was false, this information leaving
Mike Robillard and his business exposed to public ridicule

against the peace and dignity of the State.
☐ SERVED IN HAND

_____ #SC16                    Hudson PD
Complainant                            Dept.

Personally appeared the above named complainant and made oath that the
above complaint by him/her subscribed is, in his/her belief, true.

DATE 5/8/12  _____
AOC 103A-045 7/11        POLICE COPY        Justice of the Peace



### Arrest #: 12-433-AR
### Call #: 12-13865
### Warrant #: 12-92-WA
### Incident #: 12-877-OF



```
Date/Time Reported: 05/08/2012 @ 1642
 Arrest Date/Time: 05/08/2012 @ 1650
Booking Date/Time: 05/08/2012 @ 1659
             TN #: TNH026129807
            Court: 9th Circuit - District Division - Nashua
       Court Date: 05/24/2012 @ 0815
Reporting Officer: Master Patrol Officer ALAN MARCOTTE
  Booking Officer: Master Patrol Officer ALAN MARCOTTE
Approving Officer: Lieutenant Kevin DiNapoli
```

Signature: _____

```
Bail For Court:  Nashua District Court, Hillsb     Set: 05/08/2012 @ 1809
                 Cash Bail Set 540
                 Cash Bail Set
   Bail Set By: NG Gerow, Nelson
Bail Paid:
        Released To: VALLEY STREET JAIL
        Released: 05/08/2012 @ 1930
```

Signature: _____

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|--------------|-----|------|-----|-----|-------|
| 1 | FRESE, ROBERT | M | W | 56 | | ▓▓▓▓▓ |

```
Military Active Duty: N
              HEIGHT: 508 - 509     WEIGHT: 155 - 160   HAIR: BROWN    EYES: BROWN
                BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
                 DOB: ▓▓▓▓▓         PLACE OF BIRTH: MA
            STATE ID:                        FBI ID: ▓▓▓▓▓
      LICENSE NUMBER: NH ▓▓▓▓▓            ETHNICITY: NOT HISPANIC
```

_____[CONTACT INFORMATION]_____

Home Phone      (Primary)      ▓▓▓▓▓

_____[APPEARANCE]_____

GENERAL APPEARANCE: ORDERLY

GLASSES WORN: NO

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: SINGLE

OCCUPATION: UNEMPLOYED

Arrest #: 12-433-AR
Call #: 12-13865
Warrant #: 12-92-WA
Incident #: 12-877-OF

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

[RIGHTS/BOOKING CHECKS]

RIGHTS ADVISED BY: Master Patrol Officer ALAN D MARCOTTEDATE/TIME:
05/08/2012 @ 1659
          PHONE USED: N
     ARRESTEE SECURED: Y  05/08/2012  1700
     ARRESTEE CELL #: HOLD

        FINGERPRINTED: Y
        PHOTOGRAPHED: Y
        SUICIDE CHECK: Performed
              PERSONS: State&Federal
            WANTED BY: HUDSON POLICE DEPARTMENT FOR HARASSMENT/CRIMINAL DEFAMATION OF CHARACTER
   NCIC VEHICLE CHECK: Not Performed
     INJURY OR ILLNESS: N

| # | OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo     Zone: GEO 12
46 ROBINSON POND DR
HUDSON NH 03051

| 1 | CRIMINAL DEFAMATION OF CHARACTER | | N | | Misdemeanor | B |
|---|---|---|---|---|---|---|
| | 644 | 11 | | B | | |
| | SUSPECTED OF USING: Not Applicable | | | | | |
| | BIAS AGAINST: No Bias | | | | | |

| 2 | HARASSMENT | | N | | Misdemeanor | A |
|---|---|---|---|---|---|---|
| | 644 | 4 | 1 | A | | |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ROBILLARD, MICHAEL | M | W | 22 | | |

DOB:
EMPLOYER: ALVIRNE HIGH
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2
   RELATION TO: FRESE ROBERT  Stranger

Supporting Affidavit

Harassment and Criminal Defamation of Character

1. That, I am a full time Police Officer for the Town of Hudson, New Hampshire. I have been employed since December of 2010. I am a graduate of the 154th New Hampshire Police Academy. I am also a 2009 Graduate of Hesser College with an Associates Degree in Interior Design.

2. That, a person is guilty of Harassment and subject to prosecution where the communication was received if such person insults, taunts, or challenges another in a manner likely to provoke a violent or disorderly response.

3. That, a person is guilty of Criminal Defamation of Character if he purposely communicates to any person, orally or in writing, any information which he knows to be false and knows will tend to expose any other living person to public hatred, contempt or ridicule.

4. That, on April 30, 2012 I met with Michael Robillard. He explained to me that he runs a Life Coach business out of Londonderry to which he has a certification to do so and has been trying to promote said business via Craigslist, a public online internet forum.

5. That, shortly after Michael Robillard started posting advertisements for his business, a person, who was later found to be Robert Frese, ▇▇▇▇▇ started attacking Michael Robillards character and the legitimacy of his business via Craigslist. Robert Frese, ▇▇▇▇▇ is described as being 5'8", weighing 150lbs and having brown hair and brown eyes accoring to his Interstate Identification Index.

6. That, over thirty postings between 02/26/2012 and 05/02/2012 were posted on Craigslist, a public internet forum, by Robert Frese, ▇▇▇▇▇ about Mike Robillard. Robert Frese, ▇▇▇▇▇ was calling Mike Robillard a scam artist and claiming his business to be a scam, asking the general public if they had been molested, harassed or bothered by Mike Robillard, and claiming that Mike Robillard distributed heroine in 2009 and was charged with willful concealment in 2011, which is false information.

7. That, over the course of this time since 02/26/2012, Mike Robillard has contacted Robert Frese, ▇▇▇▇▇ via e-mail asking Robert Frese, ▇▇▇▇▇ to stop and explaining to Robert Frese, ▇▇▇▇▇ that Mike Robillard's business is legitimate and if it continued he would contact the police.

8. That, on 04/25/2012 I requested Exeter NH Police Department to go to Robert Frese's, ▇▇▇▇▇ house and ask him to stop posting illegitimate information about Mike Robillard on Craigslist.

9. That, on 05/02/2012, after Mike Robillard came to the Hudson NH Police Station again with more copies of

postings, I called Robert Frese, ▮▮▮▮▮ and spoke with him directly. Robert Frese, ▮▮▮▮▮ admitted to posting the information he knew was false online about Mike Robillard and his business via Craigslist and said even though he knew Mike Robillard was certified, he was trying to make people aware of scams.

10. That, on 05/02/2012 after the time at which I spoke with Robert Frese, ▮▮▮▮▮ he continued to put at least three more negative posts containing false information regarding Mike Robillard and his Life Coach business on Craigslist.

11. That, based on these facts and others known to me I am requesting an arrest warrant/complaint charging Robert Frese, ▮▮▮▮▮ with Harassment, a class A Misdemeanor and Criminal Defamation of Character, a class B Misdemeanor.

_____     Date _____ -

Larisa Johnson #506
Hudson Police Department

Personally appeared the above named affiant and made oath the above affidavit by him/her subscribed is, in his/her belief, true.

_____     Date _____ -

Justice/J.P.

On May 8, 2012 at approximately 1645 hours:

**Robert Frese**
**D.O.B:**



arrived at the Hudson Police Department to turn himself in regarding an active warrant issued by the Hudson Police Department for the crimes of Harrassment and Criminal Defamation of Character.

At approximately 1650 hours I advised FRESE that he was under arrest and I searched him. I took his black wallet, $1,200.00 dollars US currency, belt, car keys and boots into my possession and placed him into the booking cell. I booked FRESE according to HPD policy and procedure. FRESE did not have any questions regarding the booking process or questions regarding the case.

FRESE was bailed by bail commissioner Nelson Gerow. FRESE posted bail; however, his parol/probation officer contacted HPD and asked that we transfer FRESE to Valley St. Jail in Manchester to be held on a 72 hour detainer. I transferred FRESE to Valley St. Jail regarding said detainer. His car keys were placed in dispatch with a note attached regarding FRESE arrest.

FRESE vehicle is NH [blacked out] and is secured in the front parking lot of HPD.

I had no further contact with FRESE regarding this arrest.

**Court: May 24, 2012 0815 hrs.**
**Bail: $540.00 Cash   *PAID***
**Charge: 1 count Harrassment**
**        1 count Criminal Defamation of Character**


Nothing further

_____
MPO Alan D. Marcotte
Hudson Police Department

## Your Rights

I hereby certify that I have been advised and understand my rights under the constitution which were given to me as follows:

* You have the right to use a telephone to contact a lawyer at any time.

1. Do you understand these rights explained to you?  _____

SIGN: _____  DATE:_____  TIME:_____
        Robert Frese

SIGN: _____  DATE:_____  TIME:_____
        Witness

## Property

| | | |
| --- | --- | --- |
| Searched By | Searched Date | Time |
| Master Patrol Officer ALAN D MARCOTTE | 05/08/2012 | 1652 |
| Released To | Released Date | Time |
| Master Patrol Officer ALAN D MARCOTTE | 05/08/2012 | 1655 |
| Returned By | Returned Date | Time |
| Master Patrol Officer ALAN D MARCOTTE | 05/08/2012 | 1930 |

**1,200.00 US CURRENCEY W/ BLK WALLET**          **CAR KEYS/ BELT/ BOOTS**

SIGN: _____     DATE:_____  TIME:_____
    The above list is my property
SIGN: _____     DATE:_____  TIME:_____
    I have received the above property

## Property

| Searched By | Searched Date | Time |
| --- | --- | --- |
| Master Patrol Officer ALAN D MARCOTTE | 05/08/2012 | 1652 |
| **Released To** | **Released Date** | **Time** |
| --- | --- | --- |
| **Returned By** | **Returned Date** | **Time** |
| --- | --- | --- |

*$540.00 for bail* ADM

*At PD.*

1,200.00 US CURRENCEY W/ BLK WALLET          CAR KEYS/ BELT/ BOOTS

SIGN: _____ DATE: 5/8/12 TIME: 1655
The above list is my property

SIGN: _____ DATE: 5/8/12 TIME: 1930
I have received the above property

# STATE OF NEW HAMPSHIRE

HILLSBOROUGH COUNTY          NASHUA DISTRICT COURT, HILLSB

## ARREST WARRANT

*TO THE SHERIFF OF ANY COUNTY IN THIS STATE OR DEPUTY, OR ANY POLICE OFFICER WITHIN THE STATE:*

WHEREAS, the Complainant, **Patrol LARISA JANELLE JOHNSON of**
Hudson Police Department in the County of Hillsborough

has exhibited to me, ___Jamie  Gagnon___,
a Justice/Justice of the  Peace in the County of Hillsborough,
his/her complaint upon oath against the Defendant,

**ROBERT FRESE**, of █████████████████

in the County of ___Hillsborough___
for the crime(s) of:

**644:11 CRIMINAL DEFAMATION OF CHARACTER**
**644:4 HARASSMENT**

WE COMMAND YOU to take the Defendant, if found to be in your precinct, and bring him/her
before the  NASHUA DISTRICT COURT, HILLSBOROUGH

Dated the ___8th___ day of ___May___, 2012

_____
Justice/Justice of the  Peace

## RETURN
STATE OF NEW HAMPSHIRE COUNTY OF HILLSBOROUGH

I have arrested the defendant and now have him/her before the Court as commanded.

| | | |
|---|---|---|
| 5/8 | _Alan S. Marcotte_ #393 | _MO_ |
| Date | Name of Officer | Title of Officer |

AOC-117-045  6/89

HUD019

# SUPPORTING AFFIDAVIT For REQUEST to ISSUE ARREST WARRANT

INSTRUCTIONS: A person seeking an arrest warrant shall appear personally before any justice of the peace, and shall give an affidavit in the form hereinafter prescribed. The affidavit shall contain facts, information and circumstances upon which such person relies to establish probable cause for the issuance of the warrant, and the affidavit may be supplemented by oral statements under oath for the establishment of probable cause. The person issuing the warrant shall retain the affidavit and shall make notes personally of the substance of any oral statements under oath supplementing the affidavit or arrange for a transcript to be made of such oral statements.

PROBABLE CAUSE IS DEFINED AS: "An apparent state of facts found to exist upon reasonable inquiry, which would induce a reasonably intelligent and prudent [person] to believe, in a criminal case, that accused person had committed the crime charged."

## *State of New Hampshire*

HILLSBOROUGH COUNTY

9TH DISTRICT COURT
MAY 3 2012

I, OFFICER LARISA JOHNSON, being duly sworn, herewith
Make application for the issuance of an Arrest Warrant against the defendant:
ROBERT FRESE- ▮▮▮▮▮▮▮

I have information that a crime or offense has been committed by the defendant as follows: (describe source, facts indicating reliability and credibility of source, and nature of information; if based on personal knowledge, so state):
SEE ATTACHED

Based upon the foregoing, there is probable cause to believe that the defendant did commit a crime or offense as stated above.

Wherefore, I request the issuance of an arrest warrant and an order for a duty authorized officer to take the defendant and bring him/her before the court having jurisdiction.

_____
Signature of Applicant

Then personally appeared before me the above-named and made oath that the foregoing affidavit is true.

OFFICER LARISA JOHNSON

_____
Justice/Justice of the Peace

And I, _____ , _____ have personally examined the Complaint against the aforesaid defendant and any information contained in the above affidavit, and have orally examined the above applicant. Based upon such information, I conclude there ☑ is ☐ is not sufficient probable cause for the issuance of the Arrest Warrant sought. Therefore, the application is ☑ granted ☐ denied and the arrest warrant ☑ is ☐ is not issued.

Notes of Issuing Justice/JP:
(See Reverse Side)

_____
Signature of Issuing Justice/JP

Justice of the Peace
_____
Official Title

HUD020

Supporting Affidavit

Harassment and Criminal Defamation of Character

1. That, I am a full time Police Officer for the Town of Hudson, New Hampshire. I have been employed since December of 2010. I am a graduate of the 154th New Hampshire Police Academy. I am also a 2009 Graduate of Hesser College with an Associates Degree in Interior Design.

2. That, a person is guilty of Harassment and subject to prosecution where the communication was received if such person insults, taunts, or challenges another in a manner likely to provoke a violent or disorderly response.

3. That, a person is guilty of Criminal Defamation of Character if he purposely communicates to any person, orally or in writing, any information which he knows to be false and knows will tend to expose any other living person to public hatred, contempt or ridicule.

4. That, on April 30, 2012 I met with Michael Robillard. He explained to me that he runs a Life Coach business out of Londonderry to which he has a certification to do so and has been trying to promote said business via Craigslist, a public online internet forum.

5. That, shortly after Michael Robillard started posting advertisements for his business, a person, who was later found to be Robert Frese, ████████ started attacking Michael Robillards character and the legitimacy of his business via Craigslist. Robert Frese, ████████, is described as being 5'8", weighing 150lbs and having brown hair and brown eyes accoring to his Interstate Identification Index.

6. That, over thirty postings between 02/26/2012 and 05/02/2012 were posted on Craigslist, a public internet forum, by Robert Frese, ████████ about Mike Robillard. Robert Frese, ████████ was calling Mike Robillard a scam artist and claiming his business to be a scam, asking the general public if they had been molested, harassed or bothered by Mike Robillard, and claiming that Mike Robillard distributed heroine in 2009 and was charged with willful concealment in 2011, which is false information.

7. That, over the course of this time since 02/26/2012, Mike Robillard has contacted Robert Frese, ████████ via e-mail asking Robert Frese, ████████ to stop and explaining to Robert Frese, ████████ that Mike Robillard's business is legitimate and if it continued he would contact the police.

8. That, on 04/25/2012 I requested Exeter NH Police Department to go to Robert Frese's, ████████ house and ask him to stop posting illegitimate information about Mike Robillard on Craigslist.

9. That, on 05/02/2012, after Mike Robillard came to the Hudson NH Police Station again with more copies of postings, I called Robert Frese ▮▮▮▮▮▮▮, and spoke with him directly. Robert Frese, ▮▮▮▮▮▮. admitted to posting the information he knew was false online about Mike Robillard and his business via Craigslist and said even though he knew Mike Robillard was certified, he was trying to make people aware of scams.

10. That, on 05/02/2012 after the time at which I spoke with Robert Frese, ▮▮▮▮▮▮ he continued to put at least three more negative posts containing false information regarding Mike Robillard and his Life Coach business on Craigslist.

11. That, based on these facts and others known to me I am requesting an arrest warrant/complaint charging Robert Frese, ▮▮▮▮▮▮, with Harassment, a class A Misdemeanor and Criminal Defamation of Character, a class B Misdemeanor.

Date 5/8/12

Larisa Johnson #506
Hudson Police Department

Personally appeared the above named affiant and made oath the above affidavit by him/her subscribed is, in his/her belief, true.

Date 5/8/12

Justice/J.P.



**Incident #: 12-877-OF**
**Call #: 12-12445**

```
Date/Time Reported: 04/25/2012 1100
  Report Date/Time: 04/25/2012 1252
  Occurred Between: 02/26/2012 1056-05/02/2012 1944
            Status: Incident Closed By Arrest
Reporting Officer: Patrol LARISA JOHNSON
Approving Officer: Lieutenant DAVID BIANCHI

         Signature: _____
 Additional Cases: 12-433-AR

         Signature: _____
```

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|------------|-----|------|-----|-----|-------|
| 1 | FRESE, ROBERT | M | W | 56 | | |

```
Military Active Duty: N
              BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
               DOB:                      PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: NOT AVAIL.              ETHNICITY: UNKNOWN
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|-----------|-----------|------|-------|

```
    LOCATION TYPE: Residence/Home/Apt./Condo    Zone: GEO 12
46 ROBINSON POND DR
HUDSON NH 03051
```

| # | | ATTEMPTED | TYPE | CLASS |
|---|---|-----------|------|-------|
| 1 | CRIMINAL DEFAMATION OF CHARACTER | N | Misdemeanor | A |
| | 644        11 | A | | |

```
              OCCURRED: 02/26/2012  1056
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

| 2 | HARASSMENT | N | Misdemeanor | B |
|---|-----------|---|-------------|---|
| | 644        4 | 1    B | | |

```
              OCCURRED: 02/26/2012  1056
```

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-----|------|-----|-----|-------|
| 1 | ROBILLARD, MICHAEL | M | W | 22 | | |

```
DOB:
EMPLOYER: ALVIRNE HIGH
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2
RELATION TO: FRESE ROBERT                    Stranger
CONTACT INFORMATION:
    Home Phone        (Primary)
```

On April 25, 2012 at approximately 1100 I responded to the lobby of the Hudson Police Department for a person reporting they were being harassed via the internet. Upon my arrival I was met by:

### Michael ROBILLARD



H:
C:

ROBILLARD said he went onto craigslist.org to start promoting his business, Mike Robillard Life Coaching, that he started as an accompaniment to his mothers psychotherapy business. ROBILLARD said that after he posted, he started seeing that someone was posting negative things all over Craigslist about life coaching being a scam, and that his business was a scam.

ROBILLARD has come across 17 posts from 02/26/2012 through 04/24/2012, some about life coaching in general:

> "Please flag all these "life coach" postings as they are all crap, just some lowlife's trying to cash in on unsuspecting folks."
>
> "Loser LIFECOACHES (Fantasyland)- Your own life is a mess, and you want to be paid to give me advice!!!! This whole genre of the Self Help world is such a farce!"
>
> "Its tough exposing scams- But thats what we do, we expose scams. Notice how nobody sticks up for these scammers and have said that they have done business with them."
>
> "Free "life coaching"- If you need "life coaching", you need to get a life"
>
> "scammers are NOT victims- Its nice you think of yourself as a "victim" when your scam is exposed, but all you are is exposed!"
>
> "Life coach is a make believe feel good title that any asswipe can call themselves, Im a life coach, Im also a financial advisor, send me all your money and Ill invest it for you. Keep drinking the Kool-Aid"

And some directed at ROBILLARD personally:

> "Been molested by Mike Robillard? (Londonderry)- Has anyone been molested, bothered, or harassed by a a Mike Robillard in Londonderry?"
>
> "molested by a Mike Robillard? (Londonderry)- Anyone been molested, harassed, or bothered by a Mike Robillard out of Londonderry?"
>
> "hear about Mike Robillard? (NH) Involved in a "road rage" incident in 2007, distribution of heroine in 2009, charged with willful concealment in 2011, sounds like Mike needs a life coach"
>
> "avoid the scam "life coach" ads (Londonderry)- This guy has multiple ads for life coach, weight loss, etc, just ignore this pathetic wannabe"
>
> ""FREE" ad is a scam (Londonderry)- This is the same guy out of Londonderry offering "life coach" and "weight loss" scams, he cant sell the scam so now its FREE!"
>
> "Weight Loss Support Group (Londonderry) - Eat less and exercise, see I just saved you a whole lot of wasted money"
>
> "weight loss scam (Londonderry)- Same guy, different day, same SCAM"
>
> "life coach/ weight loss scam (Londonderry)- Same guy out of Londonderry, every day this guy has a new

scam"

""life coach" scam (Londonderry)- If someone seriously thinks they need a "life coach", maybe they should first get a life"

"life coach/ weight loss SCAM (Londonderry)- Stay away from this pathetic over poster"

"weight loss/ life coach = SCAM (Londonderry)- All the same guy out of Londonderry"

ROBILLARD said he has no idea who the man is, however he was able to get his name from his excessive posting and found out his name was:

**Robert FRESE**



ROBILLARD explained that he contacted Exeter PD to see if they would go by and ask FRESE to stop posting things that are harming his ability to get his business going. Exeter PD told ROBILLARD that he should respond to the Hudson Police Department and if we call Exeter they will send someone over. ROBILLARD said he cannot think of any way FRESE would know him at all.

I told ROBILLARD that I would call Exeter PD and take a report for the incident. I gave ROBILLARD the report number and advised him to go to Nashua District Court and get a stalking order. I ended my contact with ROBILLARD. I called Exeter PD, advised them of the situation and asked them if they knew FRESE. The dispatcher said he is very well known in the town, to the people and to the officers. I asked the dispatcher if he could send someone to FRESE'S house and ask him to stop bothering ROBILLARD via the internet. Exeter said they would send someone out. The dispatcher also advised me to call Probation and Parole because FRESE is usually under probation.

I called Probation and Parole and spoke with:

**Jeff SHANAHANN**

who advised me FRESE is under his watch. I advised SHANAHANN of the situation and SHANAHANN stated that if we are doing a warrant for FRESE, to let SHANAHANN know and he would pick him up.

I received a call a short time later and was told OFFICER GAGNON responded to FRESE'S residence and was told FRESE only knew of ROBILLARD through seeing ads online but never contacted him or had contact with him. I requested to speak with OFFICER GAGNON. OFFICER GAGNON told me FRESE is very odd and there are constantly complaints about him. OFFICER GAGNON said he took a report and would send it to me when he was finished lunch.

I have not yet received the report from OFFICER GAGNON, and no stalking order paperwork has come in from the court on behalf of ROBILLARD. I called Exeter PD and they also have not received any stalking order paperwork. I recommend this case be suspended pending any further actions from FRESE.

On 04/30/2012 I responded to the lobby of the Hudson Police Department to meet with ROBILLARD. ROBILLARD had called me a short time earlier and explained that FRESE had not stopped posting things on Craigslist that are harming his business. I asked ROBILLARD to bring in the most recent posts.

I took the information from ROBILLARD and told him I would look into the situation further. ROBILLARD provided me with 11 new posts and said there were more he did not get a chance to print because he flagged them and Craigslist deleted them. ROBILLARD also provided me with e-mails ROBILLARD sent to FRESE asking him to stop, and FRESE responding to at least one, even though he advised Exeter PD that he had not spoken with ROBILLARD. I told ROBILLARD I will look into the case again and call him.

This case is re-open and under investigation.

On 05/02/2012 I called FRESE and spoke with him about his postings on Craigslist. FRESE said he posts to make people aware of scams on Craigslist so they do not get used by people trying to make money. FRESE said ROBILLARD seemed to be over posting on Craigslist and it seemed fishy to him. FRESE said he was posting ad's to make people aware of ROBILLARDS scam.

I explained to FRESE that ROBILLARDS business was legitimate and his postings are starting to get to the point of being harrassing. I told FRESE he had no right to post things that are completely false, like saying ROBILLARD distributed heroine in 2009 etc. FRESE said he only posted that because ROBILLARD posted that FRESE had a criminal history and what he did. I asked FRESE if ROBILLARD posted anything being about FRESE that was false and FRESE said no. I told FRESE that his criminal record is public knowledge and ROBILLARD did nothing wrong. I also explained that ROBILLARD would not have even known FRESE or posted anything about him if FRESE was not attacking ROBILLARD and his business on the internet.

FRESE said he understood, but just wanted to make people aware of scams. I explained to FRESE that if his goal is to point out scams, he should confirm businesses being scams before he does it. I also told FRESE that Craigslist has a "Flag" button so that scams may be removed by Craigslist, and that it is unnecessary for FRESE to attack people personally with false information via the internet when he is unsure about things being false or not. FRESE said he searched Mike Robillard on the internet and just put in everything he found just incase it was the same guy. I told FRESE his intent was not that and I believed strongly that he knew it. I asked FRESE at this time to stop all communication about or with ROBILLARD and that I was looking into the question of if FRESE has crossed the line criminally. I told FRESE it was in his best interest to stop posting things directed at or about ROBILLARD now so he does not escalate the situation.

FRESE agreed to stop. I ended my contact with FRESE.

This case is still under investigation.

Warrants for Criminal Defamation of Character and Harassment will be issued for FRESE.

This case is closed pending FRESE'S arrest.

*12-877-0F*

# Life Coach+Weight Loss SCAM ads (Londonderry)

please flag with care: [?]

miscategorized

prohibited

Date: 2012-04-28, 5:25PM EDT

Reply to: 7sndx-2984945122@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

best of craigslist

Please join us in flagging this guy in Londonderry for overposting these crap ads for Life Coach, Weight Loss, Stress Management, every day this guy has got some new crap ad.

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2984945122

---

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

*Post Exeter asking*
*Frese to stop*

HUD029

new hampshire craigslist > community > volunteers        email this posting to a friend

# help keep Craigslist clean (NH)

please flag with care: [?]

miscategorized

Date: 2012-04-27, 5:45PM EDT

Reply to: mttpj-2983153537@comm.craigslist.org [Errors when replying to ads?]

prohibited

spam/overpost

Help us clean up Craigslist by flagging all the crap ads for Weight Loss, Life Coach and all other scams

best of craigslist

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests
- it's OK to distribute this charitable volunteerism opportunity for inclusion in 3rd party web sites that have been approved by craigslist

PostingID: 2983153537

Copyright © 2012 craigslist, inc. terms of use  privacy policy  feedback forum

new hampshire craigslist > community > general community     email this posting to a friend

# Weight Loss/Life Coach SCAM (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-27, 5:47PM EDT
Reply to: sn4xm-2979216770@comm.craigslist.org [Errors when replying to ads?]

Beware of these ads for Weight Loss, Life Coach, have a better life, etc. as a lot of these could be a SCAM

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2979216770

Copyright © 2012 craigslist, inc.   terms of use  privacy policy  feedback forum

new hampshire craigslist > community > general community     email this posting to a friend

# Life Coach-Weight Loss SCAM ads (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-27, 5:38PM EDT
Reply to: svzgz-2983139593@comm.craigslist.org [Errors when replying to ads?]

First this guy is a Life Coach, next ad he's a Weight Loss expert, next ad is for Stress Management, next ad is for Financial advice, see a pattern here????????

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2983139593

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD032

email this posting to a friend

# We need your help to keep (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

Date: 2012-04-27, 11:37PM EDT
Reply to: gvvzz-2983676527@comm.craigslist.org [Errors when replying to ads?]

best of craigslist

Craigslist clean by flagging all these SCAM postings for Life Coach and
Weight Loss.

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests
- it's OK to distribute this charitable volunteerism opportunity for inclusion in 3rd party web sites that have been approved by craigslist

PostingID: 2983676527

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD033

new hampshire craigslist > community > general community
email this posting to a friend

# Weight Loss+Life Coach SCAM (NH)

please flag with care: [?]

miscategorized

Date: 2012-04-27, 11:30PM EDT
Reply to: 7s3qk-2983669482@comm.craigslist.org [Errors when replying to ads?]

prohibited

spam/overpost

best of craigslist

Please join us in flagging all these SCAM postings for Weight Loss and Life
Coach and get these con artists off here.

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2983669482

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care: [?]

# Loser LIFECOACHES (Fantasyland)

miscategorized

prohibited

Date: 2012-02-26, 10:56AM EST
Reply to: hr6ft-2871690387@pers.craigslist.org

spam/overpost

best of craigslist

Your own life is a mess, and you want to be paid to give me advice!!!! This whole genre of the Self Help world is such a farce!

- Location: Fantasyland
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2871690387

Copyright © 2012 craigslist, inc.   terms of use   privacy policy   feedback forum

HUD035

new hampshire craigslist > community > volunteers        email this posting to a friend

# Flaggers needed (NH)

please flag with care: [?]

Date: 2012-04-26, 11:36PM EDT
Reply to: fszgm-2981720138@comm.craigslist.org [Errors when replying to ads?]

miscategorized

prohibited

spam/overpost

best of craigslist

We are looking for people to flag on their own all these crap ads for Life
Coach, Weight Loss.

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests
- it's OK to distribute this charitable volunteerism opportunity for inclusion in 3rd party web sites that have been approved by craigslist

PostingID: 2981720138

Copyright © 2012 craigslist, inc.   terms of use   privacy policy   feedback forum

HUD036

email this posting to a friend

# Enough with the Life Coach ads!!! (NH)

please flag with care: [?]

miscategorized

Date: 2012-04-26, 11:32PM EDT

prohibited

Reply to: tst3n-2981715687@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

best of craigslist

Folks please flag all these Life Coach, Weight Loss, etc ads so we don't
have to see this SCAM CRAP anymore

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2981715687

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD037

email this posting to a friend

# Life Coach-Weight Loss SCAM (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-25, 11:30PM EDT
Reply to: qww7j-2979730712@comm.craigslist.org [Errors when replying to ads?]

Beware of these postings for Weight Loss and Life Coach as they could be a SCAM

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2979730712

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

email this posting to a friend

# Weight Loss/Life Coach SCAM (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-25, 5:41PM EDT
Reply to: sn4xm-2979216770@comm.craigslist.org [Errors when replying to ads?]

Beware of these ads for Weight Loss, Life Coach, have a better life, etc. as a lot of these could be a SCAM

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2979216770

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

Windows Live™  Hotmail (221)  Messenger (0)  SkyDrive  | MSN                          Mike

## Hotmail        New | Reply  Reply all  Forward  | Delete  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**        (No Subject)                              Back to messages  |                          Op

### Folders

Junk

Drafts

Sent

Deleted

POP

New folder

### Quick views

Documents

Flagged (16)

Photos

Shipping updates

New category

### Messenger

6 invitations

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home

Contacts

Calendar

Mike Robillard                          4/03/12
To prkcs-2938515364@comm.craigslist.org          Reply ▾

Bob Frese,

I'm asking you nicely to stop posting on craigslist that I am a scammer. I am not. I am an honest NH Business, just because life coaching isn't for you, and you don't need to lose weight doesn't make it right for you to post these things. If these posts are not taken down promptly I will be contacting my local police and reporting you for harassment. In addition to this, I will be calling my attorney and filing charges for Defamation of Character and Being Liable of a Business. As well as any other suggestions my lawyer my have for me.

Thank you,
Michael Robillard
Certified Life Strategies Coach

New | Reply  Reply all  Forward  | Delete  Mark as ▾  Move to ▾
Categories ▾  |

Go shopp

$5 for $10 Ce
Kettle To Keg
SAVE
50%

$150 for $20C
Forever Diam
SAVE
25%

$5 OFF ANY
ARRANGEM
Edible Arrang
SAVE
10%

Boston



© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers          Help Center   Feec

HUD040

Windows Live™  Hotmail (221)   Messenger (0)   SkyDrive  |  MSN                    Mike

## Hotmail          New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**      (No Subject)                          Back to messages  |
                     To see messages related to this one, group messages by conversation.

### Folders

Junk               Mike Robillard                                    3/31/12
Drafts             To cgrrw-2933214535@comm.craigslist.org          Reply ▾
Sent
Deleted            Robert-
POP                You have crossed the line.  The life coach scam ads, the "have you
New folder         been molested by mike robillard" ads needs to stop!

### Quick views    If this does not stop right this minute.I will be contacting my
                   atorney monday morning and pressing charges for liabel.  THIS IS
Documents          NOT A JOKE OR A THREAT.
Flagged (16)
Photos             Seriously, what is your issue?  Do you even know me?
Shipping updates
New category       Mike

### Messenger     New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾

6 invitations     Categories ▾  |
Search contacts
Your friends are offline
right now.
Sign out of Messenger

Home
Contacts
Calendar



© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers          Help Center   Feec

Windows Live™   Hotmail (221)   Messenger (0)   SkyDrive  |  MSN                          Mike

## Hotmail

| New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**

### Folders

Junk

Drafts

Sent

Deleted

  POP

New folder

### Quick views

Documents

Flagged (16)

Photos

Shipping updates

New category

### Messenger

  6 invitations

  Search contacts

  Your friends are offline
  right now.

Sign out of Messenger

Home

Contacts

Calendar



### (No Subject)                                        Back to messages  |

Mike Robillard                                    3/31/12
To cgrrw-2933214535@comm.craigslist.org            Reply ▾

Included in that, I will also be charging with defamation of
character

Thanks
Mike

| New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾

Categories ▾  |

© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers                    Help Center   Feec

Windows Live™  Hotmail (221)  Messenger (0)  SkyDrive  |  MSN

Mike

## Hotmail

New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**

### Life coach scam

Back to messages  |

Folders

Junk

Drafts

Sent

Deleted

 POP

New folder

**Mike Robillard**
To fr3kt-2897373286@comm.craigslist.org

3/12/12

Reply ▾

Quick views

Documents

Flagged (16)

Photos

Shipping updates

New category

Listen.

Life coaches are certfied people who work to obtain that certification.

Not to mention most of them are also LISENCE proffessionals. Some people would rather see a LIFE COACH than a THERAPIST. I know you think your a hot shot for talking shit about people on craigslist.  But get real buddy.  Get a life.

And if is the same guy I spoke to before.. I will be contacting athorities for harrasment.

Messenger

 6 invitations

Search contacts

 Your friends are offline
 right now.

Sign out of Messenger

New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾

Categories ▾  |

Home

Contacts

Calendar



© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers

Help Center   Feec

Hotmail        New  |  Reply  Reply all  Forward  |  Delete  Junk  Sweep ▾  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)** ........... .....    Re:                                    Back to messages  |                Options ▾        ▾

Folders
Junk
Drafts
Sent
Deleted
   POP
New folder

Quick views
Documents
Flagged (16)
Photos
Shipping updates
New category

Messenger
   6 invitations
   Search contacts
   Your friends are offline right now.
Sign out of Messenger

Home
Contacts
Calendar

Free video calls ▸
Messenger

Robert William  Add to contacts          3/07/12
To Mike Robillard                         Reply ▾

Get a real job you fake

**From:** Mike Robillard <▮▮▮▮▮▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮▮
**Sent:** Tuesday, March 6, 2012 11:45 PM
**Subject:** RE:

truly motivating words, *life coach*. I'd hire you in....well..**neve**

I find you...insulting, harrasing, immature...uneducated. If you d
where did you get your life coach certification? I would like to r:
get that revoked.

**Date:** Tue, 6 Mar 2012 20:42:18 -0800
**From:** ▮▮▮▮▮▮▮▮
**Subject:** Re:
**To:** ▮▮▮▮▮▮▮▮

Life coach is a make believe feel good title that any asswipe can.
themselves, I'm a life coach, I'm also a financial advisor, send m
money and I'll invest it for you. Keep drinking the Kool-Aid

**From:** Mike Robillard <▮▮▮▮▮▮▮▮▮▮
**To:** dkg8h-2888171115@comm.craigslist.org
**Sent:** Tuesday, March 6, 2012 11:35 PM
**Subject:**

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY D:
LOCALLY
** Avoid: wiring money, cross-border deals,
home
** Beware: cashier checks, money orders, es
shipping
** More Info: http://www.craigslist.org/abo
```

By the way,

Do you know who this person is? People don't come on here try

HUD044

Windows Live™ Hotmail (221)   Messenger (0)   SkyDrive  |  MSN          Mike

## Hotmail

New  |  Reply  Reply all  Forward  |  Delete  |  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**

(No Subject)                                    Back to messages  |

**Folders**

Junk

Drafts

Sent

Deleted

POP

New folder

**Quick views**

Documents

Flagged (16)

Photos

Shipping updates

New category

**Messenger**

6 invitations

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home

Contacts

Calendar

Mike Robillard                                  4/03/12
To ████████████                                 Reply ▾

Okay Bob. You didn't take the posts down like I asked... Instead
you put up more. The legal aspect could have stayed out of this..
You chose other wise.

Thank you for your complete disrespect and utter ignorance. The
funny this is.. you don't even email me back. Haha :-)
Mike

New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾

Categories ▾  |

Go shopp



$5 OFF Any F
$30 or more*
Top Drawer
SAVE
16%



$10.00 for $2(
Asylum's Mail
Live Imp...
Improv Asylu
SAVE
50%

$7.50 for $15
Delight": Wee
Matin...
Improv Asylu
SAVE
46%

Boston



© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers          Help Center   Feec

Windows Live™   Hotmail (221)   Messenger (0)   SkyDrive  |  MSN       Mike

## Hotmail

New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾  Categories ▾  |

**Inbox (221)**

**(No Subject)**       Back to messages  |

**Folders**

Junk

Drafts

Sent

Deleted

POP

New folder

**Quick views**

Documents

Flagged (16)

Photos

Shipping updates

New category

**Messenger**

6 invitations

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home

Contacts

Calendar

---

**Mike Robillard**          4/24/12
To 9thrc-2977773834@comm.craigslist.org     Reply ▾

Get your facts right before you post them Bobby.

I will be calling the police department tomorrow bright and early. this is STRAIGHT HARRASSMENT.

I have asked you to stop at least 6 times now. ALL of which I have record of. I have printed out EVERY last one of your posts on Craigslist as well as ALL emails exchanged between us and the fellow that also contacted you. He forwarded me everything. I have a BINDER full of everything.. I finally have enough to press charges against you.

May peace be with you.

Mike Robillard

New  |  Reply  Reply all  Forward  |  Delete  Mark as ▾  Move to ▾

Categories ▾  |

Get awa

$25 Gift Certi
$10.00
Fitzwilliam Inr
SAVE
60%



$20 For $40 \
Casual Dining
Breakfast & N
James' Breakf
SAVE
50%

$75 Gift Certi
$30.00
Fitzwilliam Inr
SAVE
60%

Boston



© 2012 Microsoft   Terms   Privacy   About our ads   Advertise   Developers      Help Center   Feec

HUD046

12-877-OF

new hampshire craigslist > community > general community

# Who is Mike Robillard? A Scam Artist (Londonderry)

please flag with care:

Date: 2012-04-30, 8:20PM EDT
Reply to:

No legitimate person or business posts five times in a row.

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2988868232

Copyright © 2012 craigslist, inc.

HUD047

new hampshire craigslist > community >

# Weigh Loss Group SCAM (Londonerry)

please flag with care:

Date: 2012-04-30, 6:23PM EDT
Reply to:

Every day this guy posts something different, get a real job guy.

- Location: Londonerry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2988652236

Copyright © 2012 craigslist, inc.

# Greiving? services (Londonderry)

please flag with care:

Date: 2012-04-30, 5:46PM EDT
Reply to:

That's a new one on me, you gonna trust a "Life Coach" who can't
spell?????????

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2988580581

Copyright © 2012 craigslist, inc.

HUD049

12- 877-0F

email this posting to a friend

# "life coach" postings (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-03-06, 4:35PM EST
Reply to: dkg8h-2888171115@comm.craigslist.org [Errors when replying to ads?]

Please flag all these "life coach" postings as they are all crap, just some
lowlife's trying to cash in on unsuspecting folks.

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2888171115

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD050

new hampshire craigslist > personals > rants & raves          email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

# Loser LIFECOACHES (Fantasyland)

Date: 2012-02-26, 10:56AM EST
Reply to: hr6ft-2871690387@pers.craigslist.org

Your own life is a mess, and you want to be paid to give me advice!!!! This whole genre of the Self Help world is such a farce!

- Location: Fantasyland
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2871690387

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

new hampshire craigslist > community > general community     email this posting to a friend

# it's tough exposing scams (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-03, 6:12PM EDT
Reply to: qd86x-2938687746@comm.craigslist.org [Errors when replying to ads?]

But that's what we do, we expose scams. Notice how nobody sticks up for these scammers and have said that they have done business with them.

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2938687746

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

# free "life coaching" (NH)

please flag with care: [?]

miscategorized

Date: 2012-04-03, 4:42PM EDT

prohibited

Reply to: h7pkx-2938512889@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

If you need "life coaching", you need to get a life.

best of craigslist

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2938512889

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD053

# scammers are NOT victims (NH)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-03, 4:41PM EDT
Reply to: mmnvp-2938510913@comm.craigslist.org [Errors when replying to ads]

It's nice to think of yourself as a "victim" when your scam is exposed, but all
you are is exposed!

* Location: NH
* it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2938510913

Copyright © 2012 craigslist, inc.   terms of use   privacy policy   feedback forum

HUD054

**Re:**

From: **Robert William** <span style="background:black">████████████</span>
Sent: Tue 3/06/12 11:43 PM
To:   Mike Robillard <span style="background:black">████████████</span>

Life coach is a make believe feel good title that any asswipe can call themselves, I'm a life coach, I'm also a financial advisor, send me all your money and I'll invest it for you. Keep drinking the Kool-Aid

**From: Mike Robillard** <span style="background:black">████████████</span>
**To:** dkg8h-2888171115@comm.craigslist.org
**Sent:** Tuesday, March 6, 2012 11:35 PM
**Subject:**

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist.org/about/scams
```

By the way,

Do you know who this person is? People don't come on here trying to portray themselves as a life coach if they infact aren't. People work for that title, and pretty hard. Who are you to call them a low life? Craigslist is a way for all of us to promote our small businesses.... I must ask the question though.. Do you know who you are? If not, I have a database of referals for therapists I can give you.

Please let me know if you would like them.

This message was remailed to you via: dkg8h-2888171115@comm.craigslist.org
If this email is a scam or spam please flag it now:
http://www.craigslist.org/flag/20120307043551JugZBQ9o4RGDdZyKg2qXVw

HUD055

5:21 p.m. - Robert Frese, 54, of Exeter, was arrested on charges of criminal trespass and theft of service. Frese was released after posting $500 personal recognizance bail

4:53 p.m. - Robert Frese, 54, of Exeter, was arrested for receiving stolen property and breach of bail conditions. Frese was released after posting $500 cash bail.

10-S-1322 FRESE , Robert ████████████████████ (F) Poss Cont Drug w/Int Exeter
Exeter NH 03833
10-S-1323 FRESE , Robert ████████████████████ (F) Poss Cont Drug w/Int Exeter

# 1. Jerk :: Mike Robillard

*www.jerk.com/profile.php?id=22817677*Cached
Life Coach NH: **Mike Robillard NH** Life Coaching Services. www.nhlifecoach.com. Life coaching services in New Hampshire by Mike Robillard, life coach.

# 1. molested by a Mike Robillard ?

*nh.craigslist.org › personals › rants & raves*
molested by a **Mike Robillard** ? (Londonderry). Date: 2012-03-31, 6:40PM EDT Reply to: mpttp-2933316150@pers.craigslist.org. Anyone been molested ...

HUD056



1.

**Robert William** commented on a **link**.

February 24

Cop on cop crime, is this some sort of a new twist? Seems like every day some MA cop is in the news for some sort of criminal activity.

One person shot on Enon Street in Beverly

www.myfoxboston.com

BEVERLY - Police were called to Enon Street on Friday night after reports of a person being shot outside the Eastern Bank.



1.

**Robert William** commented on a **link**.

April 12

5 cops getting shot over drugs, it's not worth it, let them do their damn drugs.



1.

**Robert William** commented on a **link**.

February 18

If homosexuals want to be left alone, then stop pushing your homosexual agenda on those who do not accept it. We have bigger problems to worry about in this country than homosexuals wanting to marry. I'm sick of hearing about it.



1.

**Robert William** commented on a **link**.

January 3

2 MA troopers in trouble in 2 days, is that a record?

State Trooper Arrested In Federal Probe

www.thebostonchannel.com

BOSTON -- A Massachusetts State Police trooper has been arrested as part of a federal investigation that involved the FBI, NewsCenter 5 has learned. Monday, January 2, 2012.

How To » Business » Legal » How To Prove a Defamation of Character Claim

## How To Prove a Defamation of Character Claim

By Wendy Coleman                              0        Tweet   0        Like   1

**Related Ads**
Defamation Law
Law Defamation
Slander Law
Laws Slander
Suing for Defamation
Slander Sue
Claim Lawyers
Defamation Lawyers

Home
All Categories
Automotive
Business
  Advertising, Marketing
  & Sales
  Entrepreneur
  Financial Services
  Human Resources
  Legal
  Management
  Office Technology &
  Supplies
  Other
  Small & Home
  Business
Careers
Computers & Internet
Education
Electronics
Family & Relationships
Fashion & Personal
Care
Finance & Real Estate
Food & Drink
Health & Fitness
Hobbies
Holidays
Home & Garden
Pets & Animals
Religion & Spirituality
Sports & Recreation
Travel

Ads by Google

**The Hustead Law
Firm**
Denver, Colorado
USA Litigators: Trial and
Appeals
www.thlf.com

**False Claims Act Qui
Tam**
Thinking of Blowing the
Whistle? It's Up To You -
Qui Tam Law Firm
www.AshcraftAndGerel.com/Fal

**Business Legal Help**
Experienced Attorneys in
Bellevue - Meet the
Comstock Firm
www.ComstockLaw.com

**Slip and Fall Expert**
Expert
Witness Representing
Plaintiff's and D
www.tractionexperts.com

**Ask a Lawyer Online
Now**

A defamation of character suit is an umbrella term that involves various legal cases. These can include libel, which involves published or written derogatory remarks. This can also include slander, which involves spoken comments. Defamation can be difficult to prove in court, because the burden of proof that the spoken or written word has caused damages lies with the plaintiff. You will also face various defense techniques. Therefore, you will have to have a strong case.

Here are a few tips in proving a defamation of character claim.

Prove that the statement is false. The first thing you need to do is prove that the defending party has issued a false statement. This can either be published—for example on a magazine or newspaper, or through online means, in websites, blogs, and even email. To prove defamation, you will need to show that a party has uttered a supposedly factual statement concerning you, but that particular piece of information is not true, or is not privileged information.

Prove that the statement was shared or published. Next, you will need to prove that the damaging statements made were shared with a third party. This can be anyone, including the public, a group of people, or any third party that might have been affected by the statement. You will also need to prove that these statements are understood to have referred to you.

Ads by Google

| WOULD YOU GO BACK TO SCHOOL IF YOU QUALIFIED FOR A GRANT? SEE IF YOU QUALIFY. | | | | | | | SELECT YOUR AGE: |
|---|---|---|---|---|---|---|---|
| Under 18 | 19-25 | 26-35 | 36-45 | 46-55 | 56-65 | 66-75 | Over 75 |

If you are a public figure, such as a government official (or sometimes a celebrity), you would usually expect opinions and accusations hurled against you. In a defamation case, you would have to prove that these are made in a malicious context.

Show evidence that the statements caused damage or harm. Next, it's not enough to prove that the statement is false, and was knowingly said with you in mind. You will also need to show evidence that the statements made by the defendant have caused you actual harm. This can include different types of harm. You can show evidence that the statements caused you ridicule, contempt, hatred, or injury in your occupation. This can also include losses in your job or business because of the attack on your reputation.

Know about possible defenses. Lawyers of defendants in a defamation suit will usually utilize several defenses to your accusation. For one, the biggest defense against defamation is truth. If the

HUD059

27 Lawyers Online Now
Answer Your Questions In
Minutes.
eAnswer.com/Law

SEC Help for
Investors
Experienced securities
attorneys offer help with
SEC regulations.
www.Securities-Fraud-Attorney

statement made about you were true, then this would be to the advantage of the defendant. Secondly, privileged information—like those said in the context of a court trial—are also protected from these claims. Third, if the statement were innocently shared or uttered without malice, and if you had consented to the information or statement in the first place, might put your case at risk of losing.

Laws might vary depending on your state and jurisdiction. It's always best to consult with a lawyer with knowledge in defamation proceedings before you decide to make a claim. You will need to have a strong case, and you will need to show both proof and evidence that the statements were made in malice, and that these have caused you actual harm.

Ads by Google

*Planning A Will*
Learn The Dangers of Do-It-Yourself Wills. Get A Free Report Today
KobrickLaw.com/Wills

*Claims Administration*
Claims Administration Software for Workers Comp, P&C and Liability.
www.ericsys.com

*Find a Lawyer - Free*
Legal Consultations by Area Lawyers Get Help From an Louisiana Lawyer
www.PresentYourCase.com

*Study with Ravi Zacharias*
This summer, uncover the power of hope in apologetic living.
www.rzim.org/si

Share this article!

Twitter
Facebook
Stumble

Follow us!

Twitter
Facebook

Learn How To Do More Things

Prove Statement Defamation Need Caused Statements Business Legal
Of Proof Common Law Crimes Damages English Defamation
Law Ethics Human Interest Journalism
Ethics Law Lawyer Malice Technology

Find more helpful articles!

## Related Articles

How To Sue Someone for Slander
How To Disprove a Slander Claim
How To Gather Evidence for a Slander Case
How To Sue for Defamation of Character
How To Use Personal Injury Attorneys
How To Settle Personal Injury Claims
How to Handle a Personal Injury Claim in Missouri
How To Become a Florida Medical Malpractice Lawyer

How To Avoid Libel
How To Avoid Libel when Blogging
How To Write a Negative Online Review Without Libel
How To Gather Evidence for Your Embezzlement Case
How To Estimate a Personal Injury Claim
How To File a Claim Against a Moving Company in California
How To File Construction Accident Injury Claims

## Popular Searches

## Add comment

Your name:                    E-mail:

The content of this field is kept private and will not be shown publicly.

**Comment:**

More information about formatting options

CAPTCHA

This question is for testing whether you are a human visitor and to prevent automated spam submissions.

About   Contact   Sitemap   Terms & Privacy

**How To Do Things.** Copyright Howtodothings.com © 2012, all rights reserved.

HUD061

new hampshire craigslist > community > general community      email this posting to a friend

# been molested by Mike Robillard ? (Londonderry)

please flag with care: [?]

miscategorized

prohibited

Date: 2012-03-31, 5:38PM EDT                                      spam/overpost
Reply to: cgrrw-2933214535@comm.craigslist.org [Errors when replying to ads?]

best of craigslist

Has anyone been molested, bothered, or harassed by a a Mike Robillard in
Londonderry?

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2933214535

Copyright © 2012 craigslist, inc. terms of use  privacy policy  feedback forum

HUD062

new hampshire craigslist > personals > rants & raves

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care: [?]

# molested by a Mike Robillard ? (Londonderry)

miscategorized

prohibited

Date: 2012-03-31, 6:40PM EDT

spam/overpost

Reply to: mpttp-2933316150@pers.craigslist.org

best of craigslist

Anyone been molested, harassed, or bothered by a Mike Robillard out of Londonderry?

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2933316150

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

new hampshire craigslist > community > general community    email this posting to a friend

# hear about Mike Robillard? (NH)

please flag with care: [?]

Date: 2012-04-24, 11:33PM EDT
Reply to: 9thrc-2977773834@comm.craigslist.org [Errors when replying to ads?]

miscategorized

prohibited

spam/overpost

best of craigslist

Involved in a "road rage" incident in 2007
distribution of heroin in 2009
charged with willful concealment in 2011
sounds like Mike needs a Life Coach

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2977773834

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

new hampshire craigslist > community > general community    email this posting to a friend

# avoid the scam "life coach" ads (Londonderry)    Thanks for flagging.

Date: 2012-03-31, 5:26PM EDT
Reply to: cqvjk-2933194879@comm.craigslist.org [Errors when replying to ads?]

This guy has multiple ads for life coach, weight loss, etc, just ignore this pathetic wannabe

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2933194879

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

HUD065

email this posting to a friend

# "FREE" ad is a scam (Londonderry)

please flag with care: [?]

Date: 2012-03-31, 11:41PM EDT
Reply to: kpw3t-2933690969@comm.craigslist.org [Errors when replying to ads?]

miscategorized

prohibited

spam/overpost

best of craigslist

This is the same guy out of Londonderry offering "life coach" and "weight loss" scams,
he can't sell the scam so now it's FREE!

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2933690969

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD066

# Weight Loss Support Group (Londonderry)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-03 4:52PM EDT
Reply to: jhn8m-2938533148@comm.craigslist.org [Errors when replying to ads?]

Eat less and exercise, see I just saved you a whole lot of wasted money.

- Location: Londonderry
- It's NOT ok to contact this poster with services or other commercial interests

PostingID: 2938533148

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD067

new hampshire craigslist > community > groups

email this posting to a friend

# weight loss scam (Londonderry)

please flag with care: [?]

miscategorized

Date: 2012-04-03, 4:44PM EDT

prohibited

Reply to: prkcs-2938515364@comm.craigslist.org [errors when replying to ads?]

spam/overpost

best of craigslist

Same guy, different day, same SCAM

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2938515364

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD068

new hampshire craigslist > community > general community   email this posting to a friend

# life coach/weight loss scam (Londonderry)

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

Date: 2012-04-02, 11:31PM EDT
Reply to: xfgks-2937251092@comm.craigslist.org [Errors when replying to ads?]

Same guy out of Londonderry, every day this guy has a new scam.

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2937251092

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

new hampshire craigslist > community > local news and views  email this posting to a friend

# "life coach"scam (Londonderry)

please flag with care: [?]

Date: 2012-04-02, 11:39PM EDT
Reply to: bctcj-2937259343@comm.craigslist.org [Errors when replying to ads?]

miscategorized

prohibited

spam/overpost

If someone seriously thinks they need a "life coach", maybe they should first get a life!

best of craigslist

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2937259343

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

new hampshire craigslist > community > general community   email this posting to a friend

# life coach/weight loss SCAM (Londonderry)

please flag with care: [ | ?]

miscategorized

Date: 2012-04-02, 6:32PM EDT

Reply to: sgkgm-2936779471@comm.craigslist.org [Errors when replying to ads?]

prohibited

spam/overpost

Stay away from this pathetic over poster

best of craigslist

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2936779471

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD071

# weight loss/life coach = SCAM (Londonderry)

Date: 2012-04-02, 5:28PM EDT
Reply to: jwgbd-2936655623@comm.craigslist.org [Errors when replying to ads?]

All the same guy out of Londonderry

12-877-OF

new hampshire craigslist > community > general community     email this posting to a friend

# Mike Robillard- Wallet Lightening Coach (Londonderry)

please flag with care: [?]

miscategorized

prohibited

Date: 2012-05-02, 7:44PM EDT
Reply to: vcwwd-2992849767@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

best of craigslist

That's all you'll get from this crook.

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2992849767

---

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum

HUD073

new hampshire craigslist > community > general community    email this posting to a friend

# flag this "Life Coach" crap (Londonderry)

please flag with care: [?]

miscategorized

prohibited

Date: 2012-05-01, 11:31PM EDT
Reply to: 4hmrk-2991193343@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

best of craigslist

This guy posts more crap than anyone, flag it all

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2991193343

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

email this posting to a friend

# flag this Life Coach crap (Londonderry)

please flag with care: [?]

miscategorized

Date: 2012-05-01, 4:01PM EDT

Reply to: vhftk-2990403467@comm.craigslist.org [Errors when replying to ads?]

prohibited

spam/overpost

best of craigslist

Every day this guy over posts about all this crap he can do for you, please flag him.

- Location: Londonderry
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2990403467

Copyright © 2012 craigslist, inc.  terms of use  privacy policy  feedback forum

HUD075

# Life Coach, Weight Loss, etc (NH)

please flag with care: [?]

miscategorized

Date: 2012-05-02, 5:55PM EDT

prohibited

Reply to: 9tnh8-2992651712@comm.craigslist.org [Errors when replying to ads?]

spam/overpost

best of craigslist

When looking for Life Coach or Weight Loss help make sure you get a legitimate licensed professional with references .

- Location: NH
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2992651712

Copyright © 2012 craigslist, inc. terms of use privacy policy feedback forum