EXHIBIT C

Part 2

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Age: **62**                    DOB: **08/20/1955**

**Sex Offender**

Sex: **M**                Glasses: **None**
Race: **W**                Face: **Normal**
Ethnicity: **Non-Hispanic**        Speech: **English**
Height: **508**            Complexion: **Fair**
Weight: **158**           Facial Hair: **None**
Eyes: **Brown**               Nose: **Long**
Ears: **Normal**                Hair: **Brown**
Body: **Skinny**

SSN: ▬▬▬▬
State ID: **602042**            Depart ID Records: **Photos, Fingerprints**
                                 FBI: **884087R9**

OLN: **NH 08FER55201**

Military Active Duty: **N**
Foreign National: **N**
Handed: **Right**
Gang Affiliation: **None**                        Marital Status: **Single**
Father: **Richard Frese**                            Mother: **Mary Rushe**
Birthplace: **Waltham, Ma**                         Job Now: **Unemployed**
Usual: **Truck Driver**
Employer/School: **Unemployed 603-793-8633**
Prev. Address1: **88 Riverview Ave  Waltham MA**

Report Printed By: Detective Patrick T Mulholland  Exeter Police Department

## Contact Information

| | | |
|---|---|---|
| Home Phone | (Primary) | 603-793-8633 |
| Home Phone | | 603-706-5083 |
| Home Phone | | 603-778-6885 |
| Work Phone | (Primary) | 603-793-8633 |

## Open Items

| Date | Status | Activity Type | Refer to.. |
|---|---|---|---|
| 05/09/2018 | Open | Defendant, Order Thru: 05/09/2019 | 18-16-RO |
| | Plaintiff: ANGELA T GREENE | | |
| | 44 BEECH HILL RD EXETER NH | | |
| | Expires: 05/09/2019 | | |
| 05/06/2018 | Open | Trespass notice | 44 BEECH HILL RD |
| | Location: 44 BEECH HILL RD | | |
| 05/08/2017 | Open | Trespass notice | BLUE RIBBON CLEANERS |
| | Location: BLUE RIBBON CLEANERS  47 PORTSMOUTH AVE | | |
| 11/19/2016 | Open | Trespass notice | PUDDLE JUMPERS |
| | Location: PUDDLE JUMPERS  31 WATER ST | | |
| 09/14/2016 | Open | Trespass notice | 75 PORTSMOUTH AVE |
| | Location: GLOBE PLAZA - ALL PROPERTIES / STORES | | |
| 02/26/2015 | Open | Trespass notice | LUNA CHICS |
| | Location: LUNA CHICS  131 WATER ST | | |
| 08/28/2010 | Open | Trespass notice | 79 HAYES TP |
| | Location: 79 HAYES TRAILER PARK | | |
| 03/06/2010 | Open | Trespass notice | FOREVER YOUNG |
| | Location: FOREVER YOUNG  159 WATER ST | | |
| 06/22/2007 | Open | Trespass notice | 1-15 LINDEN FIELDS |
| | Location: EXETER HOUSING AUTHORITY PROPERTY | | |
| 06/22/2007 | Open | Trespass notice | 11-13 PORTSMOUTH AVE |
| | Location: EXETER HOUSING AUTHORITY PROPERTY | | |
| 06/22/2007 | Open | Trespass notice | 16-20 AUBURN ST |
| | Location: EXETER HOUSING AUTHORITY PROPERTY | | |
| 06/22/2007 | Open | Trespass notice | 277 WATER ST |
| | Location: EXETER HOUSING AUTHORITY PROPERTY | | |

## Notes

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

**Page:** 2

Printed: 05/14/2018

Record Release for Angela Greene, 603/793-2980
No charge

Reviewer--Approved by Liz Thibeau, 9/17/13

Copies of 10-227-AR, 10-204-AR, 10-521-FI, 10-254-OF, 10-217-OF,
10-120-FI, 10-23-OF

Fed. Prob. status  P.O.Scott Christensen 603-225-1515

## Vehicles

| Registration | (Plate Type) | Color | Year | Make - Model | Style |
|---|---|---|---|---|---|
| NH 442412 | (PC) | SIL | 2002 | KIA - SPECTRA | SEDAN |
| NH 442214 | (PC) | GRY | 2008 | SUBARU - IMPREZA | STATION WAGON |
| NH TRUMP1 | (PC) | BLU | 2002 | CHRYSLER - PT CRUISER | HARDTOP 2 DOOR |
| NH 442214 | (PC) | SIL | 2002 | KIA - SPECTRA | SEDAN 4 DOOR |
| NH 442214 | (PC) | BLU | 2001 | - DAEWOO LEGANZA | SEDAN 4 DOOR |
| NH 571 | (MP) | SIL | 2003 | YAMAHA - YW50R-S MOPED | Motorcycle |
| NH 442214 | (PC) | RED | 2002 | FORD - MUSTANG | |
| NH 442214 | (PC) | BLK | 2009 | CHEVROLET - COLORADO | PICK UP TRUCK |
| NH 442214 | (PC) | BLU | 1999 | FORD - ESCORT | STATION WAGON |
| NH 442214 | (PC) | BGE | 2003 | FORD - FOCUS | STATION WAGON |
| NH 1710T | (MC) | BLK | 2004 | HARLEY-DAVIDSON - XL1200 | Motorcycle |

## Arrests / Protective Custodies

| Date | Status | Activity Type | Refer to.. |
|---|---|---|---|
| 05/07/2017 | Closed | Arrest | 17-146-AR |

  Charge: CRIMINAL TRESPASS
Disposition: guilty (12/14/2017)
  Sentence: 500/250 SUSP 1 YR GB, SA GLOBE PLAZA

| 07/30/2015 | Closed | Arrest | 15-310-AR |
|---|---|---|---|

  Charge: CRIMINAL MISCHIEF (VANDALISM)
Disposition: guilty (09/22/2016)
  Sentence: 1000-500 SUSP 2 YRS GB, 60 DAYS HOC SUSP 2 YRS GB
  Charge: Non-Statutory Contempt of Court
Disposition: not guilty (09/22/2016)

| 02/26/2015 | Closed | Arrest | 15-71-AR |
|---|---|---|---|

  Charge: CRIMINAL TRESPASS
Disposition: not guilty (04/07/2016)

| 09/13/2013 | Closed | Arrest | 13-325-AR |
|---|---|---|---|

  Charge: STALKING
Disposition: guilty (04/08/2014)
  Sentence: 12 MO SUSP FOR 3 YRS GB, COMPLY W/FED SENTENCE, NO VIC CONTACT
  Charge: VIOLATION OF PROTECTIVE ORDER; PENALTY
Disposition: guilty (04/08/2014)
  Sentence: 12 MO ALL BUT 120 DAYS SUSP 3 YRS GB, COMPLY W/FED SENT, NO CONTACT W/VIC
  Charge: CRIMINAL TRESPASS
Disposition: guilty (04/08/2014)
  Sentence: 12 MO SUSPENDED, NO CONTACT W/VIC
  Charge: ARREST ON A WARRANT
Disposition: Electronic Bench Warrant
  Charge: THEFT OF LOST OR MISLAID PROPERTY
Disposition: guilty (04/08/2014)
  Sentence: 60 DAYS HOC SUSP 1 YR GB
  Charge: RECEIVING STOLEN PROPERTY
Disposition: guilty (04/08/2014)
  Sentence: 60 DAYS HOC SUSP

| 12/08/2010 | Closed | Arrest | 10-572-AR |
|---|---|---|---|

  Charge: ARREST ON A WARRANT
Disposition: not prosecuted (05/17/2011)
  Sentence: ARRESTED ON A WARRANT OUT OF HAMPTON FOR CRIMINAL TRESPASSING

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page:   3

Printed: 05/14/2018

06/02/2010    Closed    **Arrest**                                10-227-AR
     Charge: POSS CD/NARC DRUG W/INT TO DISTRIBUTE
Disposition: plea (03/09/2011)
  Sentence:

               PLED GUILTY TO FELONY CHARGE OF ACTS PROHIBITED/CONTROLLED DRUG ACT;SENTENCED
               TO 12 MOS HOC STAND COMMITED; PTC CREDIT 7 DAYS; 2 YRS PROBATION; $350 FINE ALL
               SUSP; ORDERED TO SERVE SENTENCE UNDER HOME CONFINEMENT; ORDERED TO BE OF GB,
               COMPLY WITH ALL SENTENCE TERMS AND PARTICIPATE MEANINGFULLY & COMPLETE ANY
               COUNSELING, TREATMENT AND EDUCATIONAL PROGRAMS
     Charge: POSS CD/NARC DRUG W/INT TO DISTRIBUTE
Disposition: plea (03/09/2011)
  Sentence:

               PLED GUILTY TO FELONY CHARGE OF ACTS PROHIBITED/CONTROLLED DRUG ACT;SENTENCED
               TO 12 MOS HOC; 7 DAYS PTC CREDIT; SENTENCE CONCURRENT WITH 10-CR-1323; 2 YRS
               PROBATION; $350 FINE ALL SUSP FOR 2 YRS GB; ORDERED TO SERVE SENTENCE UNDER
               HOME CONFINEMENT; ORDERED TO BE OF GB, COMPLY WITH ALL SENTENCE TERMS AND
               PARTICIPATE MEANINGFULLY AND COMPLETE ANY COUNSELING, TREATMENT& EDUCATIONAL
               PROGRAMS AS DIRECTED
     Charge: POSS CD/NARC DRUG W/INT TO DISTRIBUTE
Disposition: plea (03/09/2011)

05/22/2010    Closed    **Arrest**                                10-209-AR
     Charge: RECEIVING STOLEN PROPERTY
Disposition: nolle pross (08/26/2010)
  Sentence: NOLLE PROSS WITH PLEA TO 10-204-AR
     Charge: DEFAULT OR BREACH OF BAIL CONDITIONS
Disposition: nolle pross (08/26/2010)
  Sentence: NOLLE PROSS WITH PLEA TO 10-204-AR

05/21/2010    Closed    **Arrest**                                10-204-AR
     Charge: CRIMINAL TRESPASS
Disposition: plea (08/26/2010)
  Sentence: $ 500/400 SUSPENDED FOR 1 YR GB
     Charge: THEFT OF SERVICES
Disposition: plea (08/26/2010)
  Sentence: PLEA - $500/400 SUSPENDED FOR 1 YR GB; NO CONTACT WITH STUARTS OR 30 HIGH ST

06/11/2003    Closed    **Arrest**                                03-169-AR
     Charge: CRIMINAL TRESPASS
Disposition: nolle pross

## Hearing / Summons / Closed Warrants

| Date | Status | Activity Type | Refer to.. |
|---|---|---|---|
| 07/30/2015 | Arrested | **Warrant** | 15-78-WA |
| | | OCA: 78 | |

     Charge: CRIMINAL MISCHIEF (VANDALISM)
     Charge: Non-Statutory Contempt of Court

| 02/15/2015 | Arrested | **Warrant** | 15-16-WA |
| | | OCA: 16 | |

     Charge: CRIMINAL TRESPASS

| 05/17/2010 | Arrested | **Warrant** | 10-40-WA |
| | | OCA: 40 | |

     Charge: THEFT OF SERVICES
     Charge: CRIMINAL TRESPASS

| 06/04/2003 | Arrested | **Warrant** | 03-56-WA |
| | | OCA: 56 | |

     Charge: CRIMINAL TRESPASS

## Citations

| Date | Status | Activity Type | Refer to.. |
|---|---|---|---|
| 03/09/2018 | | **Citation Civil Charges** | 18-1602-CN |

     Charge: FAILURE TO USE REQUIRED TURN SIGNALS

| 02/28/2018 | | **Verbal Warning** | 18-1382-CN |

EXE060

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page:    4

Printed: 05/14/2018

Charge: RIDING ON BICYCLES-RULES OF THE ROAD

| 10/20/2017 | **Verbal Warning** | 17-7931-CN |

Charge: Town Ordinance

| 03/02/2017 | **Citation Civil Charges** | 17-1439-CN |

Charge: STOP SIGN/YIELD SIGN
Disposition: Default (07/18/2017) Fine: 124.00

| 02/08/2017 | **Verbal Warning** | 17-918-CN |

Charge: UNLAWFUL OR UNSAFE BACKING OF A VEHICLE

| 01/31/2017 | **Citation Civil Charges** | 17-740-CN |

Charge: SPEEDING
Disposition: guilty (07/20/2017) Fine: 124.00
Sentence: FINE SUSP 1 YR GB

| 08/28/2016 | **Citation Warning** | 16-6381-CN |

Charge: CRIMINAL TRESPASS

| 05/21/2016 | **Citation Warning** | 16-3586-CN |

Charge: RECKLESS OPERATION

| 09/08/2013 | **Citation Civil Charges** | 13-7049-CN |

Charge: FAILURE TO YIELD AT STOP OR YIELD SIGN
Disposition: nolle pross (04/02/2014)

| 08/10/2011 | **Verbal Warning** | 11-4618-CN |

Charge: SPEED

| 06/04/2010 | **Citation Civil Charges** | 10-3528-CN |

Charge: FAILURE OF ENTERING TRAFFIC TO YIELD

| 06/04/2010 | **Verbal Warning** | 10-3563-CN |

Charge: LANE CONTROL

| 07/09/2005 | **Citation Civil Charges** | 05-5869-CN |

Charge: FOLLOWING TOO CLOSELY
Disposition: nolle pross (11/17/2005)
Sentence: NO WITNESS

| 09/16/2003 | **Citation Civil Charges** | 03-7600-CN |

Charge: RECKLESS OPERATION - NEGLIGENT DRIVING
Disposition: nolle pross
Sentence: NOT LISTED ON DRIVING HISTORY. NOLLE PROS ON 11/15/04

| 10/29/2002 | **Citation Civil Charges** | 02-8518-CN |

Charge: UNREGISTERED VEHICLE
Disposition: placed on file without finding (01/23/2003) Fine: 72.00

## Other Activity

| Date | Status | Activity Type | Refer to.. |
|---|---|---|---|
| 05/08/2018 | | **(Dispatch) Principal Party** | 18-8006 |
| Person Type: Reporting Party | | | |
| 05/06/2018 | No Crime | **Involved Participant** | 18-393-OF |
| Event: CRIMINAL TRESPASS NOTICE (44 BEECH HILL RD., EXETE | | | |
| 03/28/2018 | No Crime | **Involved Participant** | 18-265-OF |
| Event: Assist Citizen (UNWANTED MAIL) | | | |
| 03/08/2018 | No Crime | **Involved Participant** | 18-209-OF |
| Event: Police Information | | | |
| 01/21/2018 | | **(Dispatch) Principal Party** | 18-1282 |
| Person Type: Reporting Party | | | |
| 01/14/2018 | Suspended | **Other** | 18-53-OF |
| * Charge: CRIMINAL MISCHIEF (VANDALISM) | | | |
| 10/30/2017 | | **(Dispatch) Principal Party** | 17-19307 |
| Person Type: Reporting Party | | | |
| 10/28/2017 | No Crime | **Reporting Party** | 17-1004-OF |
| Event: SUSPICIOUS ACTIVITY | | | |

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page: 5

Printed: 05/14/2018

| Date | Status | Role | Case # |
|---|---|---|---|
| 10/28/2017 | | (Dispatch) Principal Party | 17-19158 |
| Person Type: Reporting Party | | | |
| 10/27/2017 | No Crime | Involved Participant | 17-1002-OF |
| Event: SUSPICIOUS ACTIVITY | | | |
| 10/27/2017 | Vac/Term | Defendant, Order | 17-43-RO |
| Plaintiff: ELIZABETH LEE | | | |
| 15 PROSPECT ST EXETER NH | | | |
| Expires: 10/27/2018 | | | |
| 10/27/2017 | | Trespass notice | EXETER LIBRARY |
| Location: EXETER LIBRARY  4 CHESTNUT ST | | | |
| 10/19/2017 | No Crime | Involved Participant | 17-1000-OF |
| Event: STALKING WARNING LETTER SERVICE | | | |
| 10/05/2017 | | (Dispatch) Principal Party | 17-17694 |
| Person Type: Reporting Party | | | |
| 08/08/2017 | No Crime | Involved Participant | 17-763-OF |
| Event: Assist Other Agency | | | |
| 07/25/2017 | Suspended | Suspect | 17-713-OF |
| * Charge: CRIMINAL MISCHIEF (VANDALISM) | | | |
| * Charge: CRIMINAL MISCHIEF (VANDALISM) | | | |
| 07/12/2017 | No Crime | Involved Participant | 17-673-OF |
| Event: Police Information | | | |
| 05/04/2017 | No Crime | Reporting Party | 17-418-OF |
| Event: FOUND PROPERTY | | | |
| 02/08/2017 | | Accident Vehicle Owner | 17-42-AC |
| 02/08/2017 | | Accident (Operator) | 17-42-AC |
| 12/21/2016 | Unfounded | Suspect | 16-666-OF |
| * Charge: CRIMINAL TRESPASS | | | |
| 10/28/2016 | | FIELD Interview | 16-704-FI |
| Reason: Suspicious Person | | | |
| 09/14/2016 | | FIELD Interview | 16-592-FI |
| Reason: TRESPASS LETTER | | | |
| 08/28/2016 | | FIELD Interview | 16-539-FI |
| Reason: UNWANTED PERSON | | | |
| 04/21/2016 | Vac/Term | Plaintiff, Order | 16-21-RO |
| Defendant: JOHN C MACLELLAN | | | |
| Expired: 04/21/2017 | | | |
| 04/04/2016 | | FIELD Interview | 16-193-FI |
| Reason: Suspicious Activity | | | |
| 12/06/2015 | | (Dispatch) Principal Party | 15-23968 |
| Person Type: Reporting Party | | | |
| 09/21/2015 | | (Dispatch) Principal Party | 15-18724 |
| Person Type: Reporting Party | | | |
| 09/21/2015 | | FIELD Interview | 15-553-FI |
| Reason: Suspicious Activity | | | |
| 07/30/2015 | Closed-Arr | Suspect | 15-330-OF |
| * Charge: CRIMINAL MISCHIEF (VANDALISM) | | | |
| * Charge: Non-Statutory Contempt of Court | | | |
| 04/11/2015 | Open | Suspect | 15-148-OF |
| * Charge: HARASSMENT | | | |
| 01/23/2015 | Closed-Arr | Suspect | 15-24-OF |
| * Charge: CRIMINAL TRESPASS | | | |
| 10/23/2013 | No Crime | Involved Participant | 13-573-OF |
| Event: THREATS AGAINST AN OFFICER | | | |
| 09/11/2013 | Closed-Arr | Suspect | 13-485-OF |
| * Charge: STALKING | | | |
| * Charge: VIOLATION OF PROTECTIVE ORDER; PENALTY | | | |
| * Charge: CRIMINAL TRESPASS | | | |
| 09/10/2013 | | (Dispatch) Principal Party | 13-18428 |
| Person Type: Reporting Party | | | |
| 09/10/2013 | Expired | Defendant, Order | 13-26-RO |
| Plaintiff: ANGELA T GREENE | | | |
| 5 ALLARD ST EXETER NH | | | |
| Expired: 12/09/2014 | | | |
| 08/11/2013 | | (Dispatch) Principal Party | 13-16141 |
| Person Type: Reporting Party | | | |
| 08/11/2013 | Suspended | Victim | 13-438-OF |
| * Charge: VIOLATION OF PROTECTIVE ORDER; PENALTY | | | |

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page:     6

Printed: 05/14/2018

| Date | | | | ID |
|---|---|---|---|---|
| 08/08/2013 | | (Dispatch) Principal Party | | 13-15878 |
| Person Type: Reporting Party | | | | |
| 09/17/2012 | Closed | Victim | | 12-409-AR |
| * Charge: STALKING | | | | |
| 09/10/2012 | | (Dispatch) Principal Party | | 12-17275 |
| Person Type: Reporting Party | | | | |
| 09/10/2012 | Closed-Arr | Victim | | 12-512-OF |
| * Charge: STALKING | | | | |
| 08/28/2012 | | (Dispatch) Principal Party | | 12-16232 |
| Person Type: Reporting Party | | | | |
| 08/28/2012 | Closed | Victim | | 12-484-OF |
| * Charge: VIOLATION OF PROTECTIVE ORDER; PENALTY | | | | |
| 05/23/2012 | | FIELD Interview | | 12-312-FI |
| Reason: HAZARDOUS CONDITION | | | | |
| 05/23/2012 | | (Dispatch) Principal Party | | 12-9256 |
| Person Type: Reporting Party | | | | |
| 04/25/2012 | | FIELD Interview | | 12-237-FI |
| Reason: AGENCY ASSIST | | | | |
| 03/02/2012 | | FIELD Interview | | 12-131-FI |
| Reason: PROBATION VIOLATION | | | | |
| 11/02/2011 | Expired | Plaintiff, Order | | 11-52-RO |
| Defendant: JOHN MACLELLAN | | | | |
| Expired: 11/01/2013 | | | | |
| 10/05/2011 | | FIELD Interview | | 11-569-FI |
| Reason: SUSPICIOUS ACTIVITY | | | | |
| 10/04/2011 | | (Dispatch) Principal Party | | 11-19415 |
| Person Type: Reporting Party | | | | |
| 10/04/2011 | Vac/Term | Plaintiff, Order | | 11-45-RO |
| Defendant: JOHN MACLELLAN | | | | |
| Expired: 11/04/2012 | | | | |
| 10/04/2011 | | FIELD Interview | | 11-567-FI |
| Reason: DISTURBANCE | | | | |
| 09/01/2011 | | FIELD Interview | | 11-491-FI |
| Reason: Suspicious Person | | | | |
| 05/22/2011 | | FIELD Interview | | 11-264-FI |
| Reason: POLICE INFORMATOIN | | | | |
| 04/12/2011 | | FIELD Interview | | 11-175-FI |
| Reason: PROBATION VIOLATION | | | | |
| 11/28/2010 | No Crime | Involved Participant | | 10-615-OF |
| Event: FOUND DRUG PARAPHERNALIA | | | | |
| 10/31/2010 | Suspended | Other | | 10-566-OF |
| * Charge: CRIMINAL MISCHIEF (VANDALISM) | | | | |
| 10/18/2010 | No Crime | Involved Participant | | 10-531-OF |
| Event: SUSPICIOUS ACTIVITY | | | | |
| 09/08/2010 | Unfounded | Suspect | | 10-454-OF |
| * Charge: DISORDERLY CONDUCT | | | | |
| * Charge: DEFAULT OR BREACH OF BAIL CONDITIONS | | | | |
| 08/28/2010 | | FIELD Interview | | 10-521-FI |
| Reason: TRESPASS NOTICE | | | | |
| 06/11/2010 | Closed | Suspect | | 10-254-OF |
| * Charge: DEFAULT OR BREACH OF BAIL CONDITIONS | | | | |
| 05/28/2010 | | (Dispatch) Principal Party | | 10-9377 |
| Person Type: Reporting Party | | | | |
| 05/21/2010 | | (Dispatch) Principal Party | | 10-8893 |
| Person Type: Reporting Party | | | | |
| 05/16/2010 | Closed-Arr | Suspect | | 10-217-OF |
| * Charge: THEFT OF SERVICES | | | | |
| * Charge: CRIMINAL TRESPASS | | | | |
| 03/06/2010 | | FIELD Interview | | 10-120-FI |
| Reason: Suspicious Person | | | | |
| 01/17/2010 | Closed-Arr | Suspect | | 10-23-OF |
| * Charge: POSS CD/NARC DRUG W/INT TO DISTRIBUTE | | | | |
| 08/18/2009 | | (Dispatch) Principal Party | | 09-15687 |
| Person Type: Reporting Party | | | | |
| 07/08/2009 | | (Dispatch) Principal Party | | 09-12641 |
| Person Type: Reporting Party | | | | |
| 07/08/2009 | Open | Victim | | 09-341-OF |
| * Charge: CRIMINAL THREATENING (INTIMIDATION, ETC) | | | | |

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page:    7

Printed: 05/14/2018

| Date | Disposition | Role | | Case Number |
|------|------|------|------|------|
| 06/23/2009 | | FIELD Interview | | 09-414-FI |
| Reason: Suspicious Activity | | | | |
| 06/10/2009 | Expired | Defendant, Order | | 09-22-RO |
| Plaintiff: LAUREN A BODDY | | | | |
| 909 BENNETT WAY NEWMARKET NH | | | | |
| Expired: 06/10/2010 | | | | |
| 02/23/2009 | | (Dispatch) Principal Party | | 09-3524 |
| Person Type: Reporting Party | | | | |
| 02/23/2009 | Unfounded | Victim | | 09-95-OF |
| * Charge: CRIMINAL THREATENING (INTIMIDATION, ETC) | | | | |
| 08/22/2008 | | (Dispatch) Principal Party | | 08-15672 |
| Person Type: Reporting Party | | | | |
| 08/22/2008 | | (Dispatch) Principal Party | | 08-15710 |
| Person Type: Reporting Party | | | | |
| 04/01/2008 | | (Dispatch) Principal Party | | 08-5588 |
| Person Type: Reporting Party | | | | |
| 03/10/2008 | | FIELD Interview | | 08-120-FI |
| Reason: Police Information | | | | |
| 02/27/2008 | No Crime | Involved Participant | | 08-86-OF |
| Event: 10-44 | | | | |
| 04/24/2007 | No Crime | Reporting Party | | 07-175-OF |
| Event: ASSIST OTHER AGENCY - US MARSHALS | | | | |
| 01/04/2007 | | (Dispatch) Principal Party | | 07-254 |
| Person Type: Reporting Party | | | | |
| 11/27/2006 | | (Dispatch) Principal Party | | 06-22937 |
| Person Type: Reporting Party | | | | |
| 11/27/2006 | | FIELD Interview | | 06-673-FI |
| Reason: FRAUD | | | | |
| 07/09/2005 | | FIELD Interview | | 05-359-FI |
| Reason: MOTOR VEHICLE ACCIDENT | | | | |
| 01/26/2005 | No Crime | Victim | | 05-106-OF |
| Event: ISSUING BAD CHECKS | | | | |
| 08/13/2004 | | (Dispatch) Principal Party | | 04-15934 |
| Person Type: Reporting Party | | | | |
| 08/13/2004 | Closed | Suspect | | 04-568-OF |
| * Charge: SEX OFFENDER REGISTRATION | | | | |
| 05/11/2004 | | FIELD Interview | | 04-373-FI |
| Reason: NEIGHBORHOOD DISPUTE | | | | |
| 05/11/2004 | | (Dispatch) Principal Party | | 04-8682 |
| Person Type: Reporting Party | | | | |
| 06/01/2003 | Closed-Arr | Suspect | | 03-338-OF |
| * Charge: CRIMINAL TRESPASS | | | | |
| 01/25/2003 | | FIELD Interview | | 03-226-FI |
| Reason: PUBLIC ASSIST | | | | |
| 01/25/2003 | | FIELD Interview | | 03-84-FI |
| Reason: PUBLIC ASSIST | | | | |
| 12/31/2002 | | FIELD Interview | | 02-1016-FI |
| Reason: SUSPICIOUS ACTIVITY | | | | |
| 12/07/2002 | | FIELD Interview | | 02-952-FI |
| Reason: FOUND PROPERTY | | | | |
| 09/28/2002 | | FIELD Interview | | 02-761-FI |
| Reason: NEIGHBOR DISPUTE | | | | |
| 02/12/2002 | | FIELD Interview | | 02-127-FI |
| Reason: DAMAGE TO MOTOR VEHICLE | | | | |
| 11/20/2001 | | FIELD Interview | | 01-447-FI |
| Reason: MVA | | | | |
| 07/05/2001 | | Suspect | | 2114776 |
| 06/22/2001 | | Victim | | 2113743.A33 |
| 09/10/1999 | | Complainant | | 9918819 |
| 09/10/1999 | | Suspect | | 9918819.A36 |
| 03/15/1999 | | Suspect | | 9904734.A05 |
| 05/17/1998 | | Suspect | | 9808632 |
| 12/18/1996 | | Suspect | | 9624563 |
| 07/29/1996 | | Suspect | | 9614857.A18 |
| 07/06/1996 | | Complainant | | 9613017 |

* The person in this records check may or may not be directly tied
to the offenses listed.  Some offenses shown are for referral purposes

**Robert William Frese**
43 Hayes Mobile Home Park
Exeter, NH 03833
Phone: 603-793-8633

Page:    8

Printed: 05/14/2018

only.  Please see the case for specific information.

EXE065

Town
of
Exeter

Patrick Mulholland <pmulholland@exeternh.gov>

## Screenshot

1 message

**Evan Nadeau** <enadeau@exeternh.gov>
To: Patrick Mulholland <pmulholland@exeternh.gov>

Mon, Jun 4, 2018 at 9:58 AM

see attached

--

**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
**20 Court St., Exeter, N.H. 03833**

**603-772-1212 (dispatch)**
**603-773-6148 (direct)**
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://iexeternh.gov/police



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

📄 **Newsletter Article captured 06-4-18.pdf**
134K

EXE066



## Retiring Exeter officer's favorite role: mentoring youth

EXETER — Police officer Dan D'Amato said his favorite part of his job was mentoring young people he helped in his more than two decades working

SEACOASTONLINE.COM

 Like  Comment  Share

 Nicholas J. Mertinooke and 49 others                    Most Relevant ▾

16 Shares

 Write a comment...                                    😊 📷 GIF 🎭

Press Enter to post.

 **Laurie Bramlitt** Awesome 🙌 job , he is the best ! Be well and enjoy 😊 ←

Like · Reply · 4w

 **Janis Sheldo** [Friday, May 4, 2018 at 6:48pm] k you for your service!

Like · Reply · 4w

**Nancy Klein** Congratulations

Town
of
Exeter

# News Article
1 message

**Evan Nadeau** <enadeau@exeternh.gov>
To: Patrick Mulholland <pmulholland@exeternh.gov>

Fri, Jun 1, 2018 at 3:01 PM

See Attached News Article.

--

**Detective Evan Nadeau**
**Criminal Investigations Division**
Exeter, N.H. Police Department
20 Court St., Exeter, N.H. 03833

603-772-1212 (dispatch)
603-773-6148 (direct)
603-778-7061 (fax)
enadeau@exeternh.gov
http://exeternh.gov/police

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

 **Seacoast Online Article 06-01-18.pdf**
1532K

Patrick Mulholland <pmulholland@exeternh.gov>

EXE068


Seacoastonline.com

Subscribe Now

NOMINATE NOW!
Honor your favorite businesses by voting for them in our Best of the Best Contest.
YOU COULD WIN $60!


Panda takes excursion into town in southwestern China


Children and the Great Outdoors: The...

Trump: Why isn't Samantha Bee fired for 'horrible language'?


Coakley 'is a big issue,' Sherman tells Rye selectmen


Maine lawmakers tell Trump not to tax China seafood imports

# Exeter man charged with defaming police chief



▲ HIDE CAPTION


Robert Frese (Exeter police photo, file)

 

By Alex LaCasse

Posted Mar 31, 2018 at 5:00 AM
Updated at 6:52 AM



### MOST POPULAR

1  Man stabbed after brawl at Gilley's PM Lunch
   May 28 at 5:16 PM

2  Post-prohibition era law forces Hampton brewery to close
   Jun 1 at 12:53 PM

3  Italian restaurant to open in Kittery Foreside
   May 28 at 6:00 PM

4  Dolphin dies at Kittery's Fort Foster
   May 29 at 3:19 PM

• • • • • • •

### Never Miss A Story

Subscribe to seacoastonline.com

Subscribe Now

### OUR PICKS

SPRING AHEAD sweepstakes

Win a $5,000 Social Advertising Campaign!

Let this site help your business bloom.

There will be three lucky winners!

Enter Now!

EXETER — An Exeter man was arrested after posting comments online regarding Police Chief William Shupe, a charge that has drawn criticism from the American Civil Liberties Union.

Robert W. Frese, 62, of 43 Hayes Mobile Home Park, was charged May 23 with criminal defamation of character, a Class B misdemeanor. According to the complaint, Frese allegedly posted that "Chief Shupe covered up for a dirty cop."

Exeter police Patrol Capt. Stephan Poulin declined to comment on the arrest and said Shupe could not comment because "he's the victim."

Frese believes an online comment he made May 3, when he accused a recently retired Exeter officer of police misconduct and that Shupe "covered up for this dirty cop," led to the charge.

Frese said he's had issues with an officer in the department since a 2013 traffic stop. He was previously charged and convicted by Exeter police on charges of stalking in 2014 and criminal trespassing in 2017 for rummaging through a private dumpster.

Frese said he believes the defamation charge is "bogus" and that police charged him because it would trigger his re-arrest for violating good behavior as ordered from a prior conviction. "They know I'll go to jail if I get convicted of a misdemeanor," Frese said. "They want to silence me."

Gilles Bissonnette, legal director with the New Hampshire chapter of the ACLU, called on the Exeter police to dismiss the charge immediately. He cited the U.S. Supreme Court New York Times v. Sullivan decision that upheld the "actual malice" standard, before speech against public officials can be considered libel.

EXE069

"There are serious free speech concerns with the enforcement of this criminal statute against the speech of this individual. Indeed, it appears that the police may be using this statute to suppress speech that is critical of police," Bissonnette said. "Even in civil cases, public officials must meet a stringent standard in order to recover damages for defamatory statements. Allowing criminal prosecutions for such statements would give the government too much power to censor its critics, and would inevitably chill political speech lying at the heart of the First Amendment."

Frese was convicted March 26 of felony conduct after an accident that caused personal injury stemming from an incident Aug. 8, 2017, when he hit a construction flagger with his car in Portsmouth. According to an affidavit filed with the Portsmouth Circuit Court by officer Robert Lukacz, the flagger was interviewed at the hospital and said that before Frese drove into him, he told the flagger, "If you don't move, I'm going to run you over."

Frese was originally charged with felony first-degree assault and reckless conduct, but those charges were dismissed as part of a negotiated plea deal with prosecutors. He was sentenced to 2 to 4 years in prison, all but 67 days suspended as long as he remains on good behavior for the next two years.

In an interview for this story, Frese admitted to posting about Shupe and another officer in the comments section under a story published on Seacoastonline.com and on other websites. However, he does not believe his actions constitute defamation of character. Police would not comment on whether the post on Seacoastonline was the basis of the charge. Seacoastonline removed the comment because it contained a statement of fact that has not been proven.

## Listen: Latest From the Newsroom



The criminal complaint against Frese reads, "(Frese) purposely communicated on a public website, in writing, information which he knows to be false and knows will tend to expose another person to public contempt, by posting that Chief Shupe covered up for a dirty cop."

Rockingham County Attorney Patricia Conway said her office does not see many criminal defamation of character cases, but since the offense is a Class B misdemeanor, those cases are prosecuted by police departments and the assistant county attorneys who work under her.

Frese was released on a personal recognizance bail following his May 23 arrest. He is scheduled to be arraigned July 10 in Brentwood District Court.

 **SIGN UP FOR DAILY E-MAIL**
Wake up to the day's top news, delivered to your inbox

**READ NEXT**

     

**Home Help: How to attract hungry hummingbirds to your yard**

**Sitting is bad: Ways to get up more during the day**

**Looking to do something different in the garden this year? Here's some green thumb inspiration**

**Many food banks need summer donations**

**Pack food for the plane and save**

**60 creative bedscapes from around the globe**

Terms of Service

Login with:

0 Comments

Commenting is now closed for this story.

| Follow |

Newest ▼

There are no comments yet.

## Never miss a story

Choose the plan that's right for you.
Digital access or digital and print delivery.

[ Subscribe Now ]

## Sign up for daily e-mails

[ Sign up ]

**READER SERVICES**
My Profile
Reader Service Home
New Subscriptions
Subscriber Controls
Contact Us

**SUBMISSIONS**
Events
Photos
Letters to the Editor
Corrections
Announcements & Obits
Story Ideas

**ALERTS**
Email Alerts
Text Alerts
Commercial Print

**ADVERTISE**
Media Kit Home
Products and Services
Ad Rates
Advertising Contacts
Pay Your Ad Bill

© Copyright 2006-2018 GateHouse Media, LLC. All rights reserved · GateHouse News

Original content available for non-commercial use under a Creative Commons license, except where noted.
seacoastonline.com ~ 111 New Hampshire Ave., Portsmouth, NH 03801 ~ Privacy Policy ~ Terms Of Service



Captured by Det. Evan Nadeau on 06-01-2018 14:58:19 hours
http://www.seacoastonline.com/news/20180531/exeter-man-charged-with-defaming-police-chief

Town
of
Exeter

Patrick Mulholland <pmulholland@externh.gov>

# Robert Frese Video

1 message

**Dis Patch** <dispatch@externh.gov>
To: Patrick Mulholland <pmulholland@externh.gov>

Wed, May 23, 2018 at 2:54 PM

📎 2018129ARROBERTFRESE.exe

Pat;

Attached is the robert frese booking video. if you need it put on a cd let me know.

Tim

EXE072

Town
of
Exeter

# Fwd: Exeter Police Department

1 message

**Patrick Mulholland** <pmulholland@exeternh.gov>

Mon, Jun 4, 2018 at 7:20 AM

**Evan Nadeau** <enadeau@exeternh.gov>
To: Patrick Mulholland <pmulholland@exeternh.gov>

---------- Forwarded message ----------
From: **Evan Nadeau** <enadeau@exeternh.gov>
Date: Thu, May 10, 2018 at 2:52 PM
Subject: Exeter Police Department
To: elarkin@gatehousemedia.com

Mr. Larkin,

Per our conversation this afternoon, you can now <u>disregard</u> the preservation request that the Exeter Police Department had sent to Gatehouse Media. The information is no longer needed.

You did ask if an e-mail address may have been associated with the user. It *may be* "exeterbob@yahoo.com".

Thank you for your efforts regarding our request. Take care.

- Det. Evan Nadeau

–
**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
20 Court St., Exeter, N.H. 03833

**603-772-1212 (dispatch)**
**603-773-6148 (direct)**
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://exeternh.gov/police



EXE073

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

--

**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
20 Court St., Exeter, N.H. 03833

**603-772-1212 (dispatch)**
**603-773-6148 (direct)**
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://exeternh.gov/police



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

EXE074



Town
of
Exeter

# Exeter Police Department

4 messages

**Evan Nadeau** <enadeau@exeternh.gov>                    Mon, May 7, 2018 at 11:09 AM
To: psack@gatehousemedia.com
Bcc: pmulholland@exeternh.gov

Hello Ms. Sack,

I was provided your information by Howard from Seacoast Media Group. We are conducting a criminal investigation regarding an individual who posted a comment on one of the news articles that was published by the Seacoast Online Exeter Newsletter.

I am looking to speak with someone who can explain what types of information your company maintains (IP address logs, subscriber information, ect.) regarding the individual who posted said comment so I can send appropriate legal process.

I look forward to speaking with you soon.

Det. Evan Nadeau
603-773-6148

--
**Detective Evan Nadeau**
**Criminal Investigations Division**
Exeter, N.H. Police Department
20 Court St., Exeter, N.H. 03833

603-772-1212 (dispatch)
**603-773-6148 (direct)**
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://exeternh.gov/police

Patrick Mulholland <pmulholland@exeternh.gov>

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and*

EXE075

*any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

---

**Evan Nadeau** <enadeau@exeternh.gov>                                    Mon, May 7, 2018 at 3:17 PM
To: "Sack, Polly" <psack@gatehousemedia.com>
Cc: Patrick Mulholland <pmulholland@exeternh.gov>

Ms. Sack,

Please accept the attached Preservation Request pending the issuance of a lawful subpoena or search warrant. Can you please respond indicating that you have received said document. Please feel free to contact me with any questions you may have.

I have also cc'd Det. Patrick Mulholland to this email, as he will also be investigating this matter.

Thank you,
Det. Evan Nadeau

On Mon, May 7, 2018 at 12:24 PM, Sack, Polly <psack@gatehousemedia.com> wrote:
Our third party service vendor keeps the email address and name. We require users to register through our vendor using one of four social accounts: LinkedIn, Google+, Twitter or Facebook. So this means that the user's identity is verified through an existing social media account. This cuts down on fake accounts.

**Polly Grunfeld Sack**
**Senior Vice President, General Counsel and Secretary**
**GateHouse Media, LLC**
175 Sully's Trail
Pittsford, New York 14534
**(T)** 585-598-0032
**(F)** 585-248-9562

On Mon, May 7, 2018 at 11:16 AM, Sack, Polly <psack@gatehousemedia.com> wrote:
I will make inquiries and get back to you asap

**Polly Grunfeld Sack**
**Senior Vice President, General Counsel and Secretary**
**GateHouse Media, LLC**
175 Sully's Trail
Pittsford, New York 14534
**(T)** 585-598-0032
**(F)** 585-248-9562
[Quoted text hidden]

This message may contain confidential and/or privileged information. If you are not the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

EXE076



**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
20 Court St., Exeter, N.H. 03833

603-772-1212 (dispatch)
603-773-6148 (direct)
603-778-7061 (fax)
enadeau@exeternh.gov
http://exeternh.gov/police

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

📎 Preservation Order.pdf
244K

**Sack, Polly** <psack@gatehousemedia.com>           Mon, May 7, 2018 at 3:30 PM
To: Evan Nadeau <enadeau@exeternh.gov>, Edwin Larkin <elarkin@gatehousemedia.com>, Sheryl Costa <scosta@gatehousemedia.com>
Cc: Patrick Mulholland <pmulholland@exeternh.gov>

received
On a going forward basis please deal with our chief litigation officer, Ed Larkin.  Thank you.

**Polly Grunfeld Sack**
Senior Vice President, General Counsel and Secretary
**GateHouse Media, LLC**
175 Sully's Trail
Pittsford, New York 14534
(T) 585-598-0032
(F) 585-248-9562

[Quoted text hidden]
[Quoted text hidden]

**Patrick Mulholland** <pmulholland@exeternh.gov>         Mon, May 7, 2018 at 4:23 PM

EXE077

To: enadeau@exeternh.gov

Your message

To: Patrick Mulholland
Subject: Re: Exeter Police Department
Sent: 5/7/18, 3:17:55 PM EDT

was read on 5/7/18, 4:23:25 PM EDT

EXE078

Town
of
Exeter

## Facebook Info

1 message

Patrick Mulholland <pmulholland@exeternh.gov>      Mon, May 7, 2018 at 10:42 AM

Evan Nadeau <enadeau@exeternh.gov>
To: Patrick Mulholland <pmulholland@exeternh.gov>

Facebook Info

--

**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
**20 Court St., Exeter, N.H. 03833**

603-772-1212 (dispatch)
603-773-6148 (direct)
603-778-7061 (fax)
enadeau@exeternh.gov
http://exeternh.gov/police



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

📄 **Facebook Info.pdf**
    121K

EXE079



# Robert William

Timeline   About   Friends I Mutual   Photos   More ▾

**Message**   ···

DO YOU KNOW ROBERT?

If you know Robert, send him a message

 1 Mutual Friend

## About

If you know Robert, send him a message.

 You and Robert have 1 mutual friend

**Overview**

Work and Education

Places He's Lived

Contact and Basic Info

Family and Relationships

Details About Robert

Life Events

Bum at we all work for the government          August 20

Went to Waltham High School
Class of 1973

 Lives in Exeter, New Hampshire
From Waltham, Massachusetts

1 family member


Captured by Det. Evan Nadeau on 05-07-2018 10:40:41
https://www.facebook.com/exeterbob/about?lst=100003257547844:556227405:1525703795

Town
of
Exeter

# Facebook Screen Shot

1 message

**Evan Nadeau** <enadeau@exeternh.gov>                           Mon, May 7, 2018 at 10:39 AM
To: Patrick Mulholland <pmulholland@exeternh.gov>

Patrick Mulholland <pmulholland@exeternh.gov>

Facebook

--
**Detective Evan Nadeau**
**Criminal Investigations Division**
**Exeter, N.H. Police Department**
**20 Court St., Exeter, N.H. 03833**

**603-772-1212 (dispatch)**
**603-773-6148 (direct)**
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://exeternh.gov/police



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

📄 **Facebook Post.pdf**
    156K

EXE081



**Robert William**

Timeline     About     Friends 1 Mutual     Photos     More ▾

 Message   ···

DO YOU KNOW ROBERT?

If you know Robert send him a message

1 Mutual Friend

 Intro

 Bum at we all work for the government

Went to Waltham High School

Lives in Exeter, New Hampshire

Single

From Waltham, Massachusetts

 Photos



---

**Robert William**
May 5 at 2:02pm ·   ···

I post in the news how the Exeter police are corrupt and they keep getting me "banned". If it's not true about them why do they do that?

👍 Like     💬 Comment     ➢ Share

 Write a comment...
Press Enter to post.

😊 📷 GIF 😀

---

**Robert William**
May 2 at 7:15pm ·   ···

## With a lot of folks talking about leaks, I just had to go and take one.

👍 Like     💬 Comment     ➢ Share

 Write a comment
Press Enter to post.

Captured by Det. Evan Nadeau on 05-07-2018 10:36:42
https://www.facebook.com/exeterbob

Town
of          Patrick Mulholland <pmulholland@externh.gov>
Exeter

# Fwd: [Ext Email]Fwd: D'Amato
1 message

**Evan Nadeau** <enadeau@exeternh.gov>                                   Mon, May 7, 2018 at 7:54 AM
To: Patrick Mulholland <pmulholland@exeternh.gov>

---------- Forwarded message ----------
From: **William Shupe** <wshupe@exeternh.gov>
Date: Fri, May 4, 2018 at 1:58 PM
Subject: Fwd: [Ext Email]Fwd: D'Amato
To: Evan Nadeau <enadeau@exeternh.gov>

---------- Forwarded message ----------
From: **Angela Greene**
Date: Fri, May 4, 2018 at 9:23 AM
Subject: Re: [Ext Email]Fwd: D'Amato
To: William Shupe <wshupe@exeternh.gov>, Stephan Poulin <spoulin@exeternh.gov>, Patrick Mulholland <pmulholland@exeternh.gov>

Thank you Chief,

What a sad person he is... I called Howard and Glenn, Executive Editors w/SMG, soon after reading your previous email and alerted them. If you want to contact them directly they're at                    I did a good deal of work with them when I was working with the Prescott Park Arts Festival. I think they'd be willing to listen to any concerns or comments you want to share on the matter.

I did share with them that I thought it might be worth monitoring their comments section more diligently.

I'm sorry for any mess my past indiscretions have made and I'm grateful for your help in ensuring that my Dad's reputation and years of service are honored appropriately. Neither he, nor the EPD deserve to have shadows cast on the good work that you all do.

Please let me know if there's anything I can do to be helpful going forward.

EXE083

Thank you,



**Angela Greene** | Director of Social Mission

**From:** William Shupe <wshupe@exeternh.gov>
**Date:** Friday, May 4, 2018 at 9:05 AM
**To:** Stephan Poulin <spoulin@exeternh.gov>, Patrick Mulholland <pmulholland@exeternh.gov>, Angela Greene
<agreene@alnoba.org>
**Subject:** [Ext Email]Fwd: D'Amato

---------- Forwarded message ----------
From: **Alexander LaCasse** <alacasse@seacoastonline.com>
Date: Fri, May 4, 2018 at 8:22 AM
Subject: Re: D'Amato
To: William Shupe <wshupe@exeternh.gov>

Hi Chief,

Thank you for your kind words, I just read his comment and I totally agree it's distasteful and has no place being there.

Thank you for bringing it to my attention, I will flag it to my executive editor right now. How the website works and the comment section is above my pay grade but
I'll see it's addressed ASAP.

Kind regards,

https://mail.google.com/mail/u/0/?ui=2&ik=dcc3df57cd&jsver=6HPtoh-TLvo.en.&cbl=gmail_fe_180624.14_p1&view=pt&search=inbox&th=1633a73df5eff3b4&siml=1633a73df5eff3b4          2/5

Alex

On Fri, May 4, 2018 at 8:14 AM William Shupe <wshupe@exeternh.gov> wrote:

Good morning Alex,

Thank you for the great article covering Officer D'Amato's retirement. As you can see Bob Williams made a very derogatory comment full of lies and attacks on Dan's family. I would ask this be removed as soon as possible. This writer's real name is Robert Frese. Thank you and I will entertain a call from anyone at the paper about removing this comment.

Chief Shupe

--

## Chief William D. Shupe

## Exeter Police Department

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061



--

Alexander LaCasse

Reporter: Exeter News-Letter Seacoast Online

Work: 603-570-2251

Cell: 603-770-2980

EXE085

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

**Chief William D. Shupe**

**Exeter Police Department**

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061



**Chief William D. Shupe**

**Exeter Police Department**

(W) 603 772-1212
(D) 603 773-6138
(F) 603 778-7061



EXE086



**Detective Evan Nadeau**
Criminal Investigations Division
Exeter, N.H. Police Department
20 Court St., Exeter, N.H. 03833

**603-772-1212 (dispatch)**
603-773-6148 (direct)
**603-778-7061 (fax)**
enadeau@exeternh.gov
http://exeternh.gov/police

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and/or privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, unauthorized review, use, disclosure or distribution of this e-mail and any materials contained in any attachments is prohibited. If you receive this message in error, or are not the intended recipient, please immediately notify the sender by email and destroy all copies of the original message, including attachments.*

EXE087

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: 10th Circuit Court Brentwood District

Case Name: Frese, Robert W.                    Date of Birth: 8/20/1955

Case Number: _____    Agency Case Number: 18-139-AR
(if known)

## ORDERS AND CONDITIONS OF BAIL

It is hereby ordered pending ☒ arraignment ☐ trial ☐ probable cause hearing ☐ appeal that the above defendant:

I. A. ☒ Be released on $ 1000.00 personal recognizance and subject to conditions listed in Paragraph II and those conditions indicated in Paragraph III.
  B. ☐ Be released on $ _____ cash/surety bond subject to conditions listed in Paragraph II and those conditions indicated in Paragraph III.
  C. ☐ Be detained to permit revocation of conditional release.
  D. ☐ Be detained for not more than 72 hours to allow for filing of a probation violation.
  E. ☐ A hearing pursuant to RSA 597:2 III shall be conducted before the acceptance of bail.

II. Defendant's release is subject to the conditions that:
  A. Defendant not commit a federal, state or local crime while on release.
  B. Defendant appear at all court proceedings as ordered.
  C. Defendant advise the court in writing of all changes of address within 24 hours.

III. The court hereby determines that defendant's release under Paragraph I(A):
  ☒ will not reasonably assure the appearance of defendant as required.
  ☒ will endanger the safety of the defendant or of another person or the community.

By reason of such determination, the court imposes the following additional conditions that defendant:
  1. ☒ shall have no contact with _interested parties_ _____ by mail, telephone or otherwise, and is further ordered not to interfere with this person at their residence, school, or place of employment and additionally is ordered to refrain from going within 300 feet of where that person(s) may be.
     ☐ shall live at: _____
     ☐ shall not travel outside of _____
     ☐ travel restrictions: _____
     _____

  2. ☒ refrain from possessing a firearm, destructive device, dangerous weapon, or ammunition.
  3. ☒ refrain from excessive use of alcohol, and use of a narcotic drug or controlled substance as defined in RSA 318-B.
  4. ☐ comply with the following curfew: _____
  5. ☐ is ordered not to drive until defendant's license or privilege is restored by the Director of Motor Vehicles.
  6. ☐ report to arresting law enforcement agency or _____ as required.
  7. ☐ remain in the custody of _____ , a responsible adult residing at _____
     _____ , N.H., who agrees to supervise the defendant and to report any violation of a release condition to the court. The court has found that the above named adult has reasonably assured the court that the defendant will appear as required and will not pose a danger to the safety of any person in the community.
  8. ☐ Sign a waiver of extradition before release on bail.
  9. ☐ Other: _____
     _____
     _____

IV. The defendant is hereby advised that in the event the defendant violated any of the above conditions of release, the defendant may:
  A. Be subject to immediate arrest and detention.
  B. Be subject to imprisonment for contempt of court.
  C. Be subject to immediate revocation of release.
  D. Be subject to additional imprisonment of 1 year if the defendant commits a misdemeanor while on release.
  E. Be subject to additional imprisonment of 7 years if defendant commits a felony while on release.

**So Ordered:**

Date: 5/23/18

Justice / Bail Commissioner: _____

Defendant: _____

I hereby acknowledge receipt of the above release and the penalties notification on page 2 of this form.

_____
Corporate Surety

C:

Printed on

05/23/2018

Exeter Police Department

**Arrest Number: 18-129-AR**

Robert William Frese    Arrested on: 05/23/2018    Time: 1248

Page Number

**1 of 1**

## Property

| Searched By | Searched Date | Time |
|---|---|---|
| Detective Patrick T Mulholland | 05/23/2018 | 1248 |

| Released To | Released Date | Time |
|---|---|---|
| --- | --- | --- |

| Returned By | Returned Date | Time |
|---|---|---|
| --- | --- | --- |

WALLET                          KEYS

PHONE                     $108.00

SIGN: _____   DATE: 5-23-18   TIME: 12:58
The above list is my property

SIGN: _____   DATE: 5-27-18   TIME: 1:15
I have received the above property

## RE: Frese case

**Gilbert, Scott** <Scott.Gilbert@doj.nh.gov>                              Tue, Jun 5, 2018 at 10:32 AM
to 🔒 me

Slovak          English          Translate message                              Turn off for: Slovak

Got it. Thank you

**From:** Norma Ryan [mailto:nryan@exeternh.gov]
**Sent:** Tuesday, June 5, 2018 10:23 AM
**To:** Gilbert, Scott
**Subject:** Frese case

Your message, protected by Virtru 🔒
No expiration date

Hi Scott,
Patrick's having issues with his encryption, so I'm emailing for him.
I've attached the report/arrest and arrest warrant for your review.  FYI we will be amending the complaint and changing the address to the Town of Exeter.  Any questions, call Patrick, 773-6146, or email pmulholland@exeternh.gov.
Norma

--
*Norma J. Ryan*
*Administrative Assistant/Legal Assistant*
*Exeter Police Department*
*603-773-6139*

   **scan0051.pdf.tdf (3.1 mb)**

   Secured by Virtru



**Bob William**

Rank 0

This is the dirtiest most corrupt cop I have ever had the displeasure of knowing, he has committed perjury, false charges, conspiracy, false reports to law enforcement, along with his known prostitute daughter who went by the name Isabella Soprano and now goes by the name Angela Greene. Although the truth came out in court he and she were never charged, as the "Blue Wall" of police cover up protected him, and the coward Chief Shupe did nothing about it. D'Amato has nothing to be proud of and will be missed by no one. I picked up his drunk wife on a number of occasions and got her home safely. Good riddance to this creep. « less

13 hours ago

EXE091

**Bob Exeter**

D'Amato is the most corrupt cop I have known. He and his known prostitute daughter Isabella Soprano, who now goes by the name Angela Greene made false complaints against me which were dismissed in court. The coward Chief Shupe did nothing about it and covered up for this dirty cop. This is the most corrupt bunch of cops I have ever known and they continue to lie in court and harass people. D'Amato will be missed by no one, and I would not trust this guy around children or anyone else. I have... » more

51 minutes ago

EXE092

Posts

 **Exeter News-Letter**
May 4 at 9.20am · ⓦ

...

Police officer Dan D'Amato officially retired from the Exeter Police
Department after 23 years of service and was honored with a luncheon with
town officials, members of the police and fire departments, and his family.



### Retiring Exeter officer's favorite role: mentoring youth

EXETER — Police officer Dan D'Amato said his favorite part of his job was
mentoring young people he helped in his more than two decades working

SEACOASTONLINE.COM

 Like　　　　　 Comment　　　　　 Share

 Nicholas J. Mertinooke and 49 others　　　　　Most Relevant ▾

16 Shares

Write a comment...

Press Enter to post

😊 📷 GIF 🙂

Robert William D'Amato is the dirtiest cop I ever knew, he and his
known prostitute daughter Isabella Soprano, who now goes by the
name Angela Greene falsely accused me of a number of things and
were never charged because Chief Shupe is a coward who covers up
for his dirty cops. The charges were dismissed in court, but these
are the type of cops you have in Exeter, do NOT trust them.

Like  Reply  2d

 **Laurie Bramlitt** Awesome 👍 job . he is the best ! Be well and
enjoy ☺

Like  Reply  2d

 **Janis Sheldon** Enjoy your retirement. Thank you for your service!

Like  Reply  2d

 **Nancy Klein** Congratulations

Like  Reply  3d

 **Laura Martin** Ashley Beth 🔵 ı

Like  Reply  3d

 **Charles Lavallee** Shannon

Like  Reply  3d

Write a comment...

Captured by Det. Evan Nadeau on 05-07-2018 14:33:51
https://www.facebook.com/exeternewsletter/
EXE093



# Retiring Exeter officer's favorite role: mentoring youth

**By Alex LaCasse**

Posted May 3, 2018 at 5:19 PM
Updated May 3, 2018 at 5:20 PM

EXETER — Police officer Dan D'Amato said his favorite part of his job was mentoring young people he helped in his more than two decades working for the Exeter Police Department, the majority serving as the high school resource officer.

He said one of the highlights of his career was further developing the Exeter Police Explorers Program, which has given adolescents in the area a first exposure to a law enforcement career or a career as a first responder. Many of his protégés have gone on to have successful law enforcement careers from state police agencies, to municipal police departments, to Military Police. Police Chief William Shupe credited D'Amato with building the program into what it is today.

"For me it was always about mentoring, I would tell kids interested in firefighting to join us because there were no fire explorers and we'll let them live in the program and if they don't like it, that's fine, they're getting great experience," D'Amato said. "We've done car safety, crosswalk safety, the science of what a bullet actually does when it impacts different objects and a lot more, so I tried to make it an all-around program. It's taking a bunch of different personalities and get 10 kids working together."

On Monday, D'Amato officially retired from the Exeter police force after 23 years of service and was honored with a luncheon with town officials, members of the police and fire departments, and his family.

D'Amato said as a high school student in Salem, Mass., he knew he wanted to be a part of "something bigger than himself" and with the help of a

friend's father, who was a Delta pilot, he enrolled in the Delta Air Explorers Program. He also began canine demonstrations at local malls, which piqued his interest in military service. He began his military career in the Air Force as a dog handler and would go on to serve 20 years.

"That was the start of me wanting to be part of something larger than myself," D'Amato said. "When I got out of the military, I knew I wanted to stay in a career where I was a part of something and I was hired part-time as an officer in Newmarket and shortly afterwards I was hired in Exeter and I've been here since 1995."

As part of D'Amato's retirement ceremony, Shupe said he wanted to recognize D'Amato not only for his service to the town of Exeter but his service to his country in the Air Force. He decided to borrow a tradition of the Fire Department to give an American flag flown on the flagpole outside the public safety complex on the day of a fireman's retirement and begin a new tradition for police officers as well.

"I went to (Fire) Chief Brian Comeau to run this idea by him and between the two of us, we don't know if the Police Department has ever participated in this tradition, I always looked at it as a fire tradition, but Brian said, 'That flag out front is not just the Fire Department's,' so I thank him for allowing us to participate in this tradition," Shupe said. "I can't think of a better officer to start this tradition with than Dan D'Amato."

D'Amato said he was honored to be the start of the new Exeter police tradition and would be placing the flag alongside his flag given to him by the Air Force following his military service.

"It came as a shock really, and to be the first one here (in this department) to receive one is awesome," D'Amato said. "When I got out of the military, you get a flag when you retire that was flown over the capital, it's a real honor, so this is a great tradition to start here."

Town Manager Russ Dean presented D'Amato with a commemorative clock to thank him for his years of service and said he appreciated D'Amato being a friend to all the high school kids he interacted with during his

tenure.

"Dan is a consummate professional, he's set a great example in our Police Department. He's a mentor, a leader and someone who others look up to and he's been an all-around excellent officer," Dean said. "Dan spent a lot of time at the high school and as a parent of children in the schools, I can't think of anything more important than having a presence out there. Dan's demeanor and his ability to carry himself in a way where he walks that line very nicely between being an officer and being a friend to the kids."

D'Amato said in his retirement, he won't be getting out of the business of teaching and mentoring. He said he would potentially get into teaching beginner motorcyclists how to ride, which may entail taking a trip to Wisconsin to attend the Harley-Davidson Riding Academy to take an instructor certification course. He will also begin working part-time as a security guard at Great Bay Community College, where he said he'll look forward to interacting with a new batch of students.

D'Amato said with his newfound free time he would take a few days to get caught up on yard work and ride his motorcycle with the weather finally getting warm, but his additional leisure won't come without missing the men and women he worked alongside for more than two decades.

"It's the camaraderie; the guys, the girls. You come to work and you're with other people and I've been doing that for 40 years; the military is a really tight-knit group and this department is as well, so I'm going to miss that," D'Amato said. "It's sinking in slowly, but for the next few days I'll wake up in the morning and grab a cup of coffee and work a few hours in the yard then get out on my motorcycle."


MONSTER
SHOP NOW

# Retiring Exeter officer's favorite role: mentoring youth


Dover, NH: This Unbelievab... Tiny Company Is Disrupting A $200 Billion Industry

### MOST POPULAR

**1** Dover chef wins $10,000 on 'Chopped'
May 2 at 10:59 AM

**2** 2 killed in boat accident near Eliot landing
May 5 at 7:16 PM

**3** Crews to monitor area of 300-acre wildfire throughout the weekend
May 4 at 11:59 PM

**4** USS Manchester's big event in Portsmouth coming soon
May 3 at 10:02 AM

### Never Miss A Story

Subscribe to seacoastonline.com

Subscribe Now

### OUR PICKS

WELCOME HOME
houzz
Come Take a Look


Dover, NH: This Unbelievab... Tiny Company Is Disrupting A $200 Billion Industry





🛒 BUY PHOTO          ▲ HIDE CAPTION

Exeter Police officer Dan D'Amato, a 23-year veteran of the department, on his last day as a full-time patrolman in the town. [Rich Beauchesne/Seacoastonline]

   

By Alex LaCasse
🐦 Follow

EXETER — Police officer Dan D'Amato said his favorite part of his job was mentoring young people he helped in his more than two decades working for the Exeter Police Department, the majority serving as the high school resource officer.


Dover, NH: This Unbelievab... Tiny Company Is Disrupting A $200 Billion Industry

He said one of the highlights of his career was further developing the Exeter Police Explorers Program, which has given adolescents in the area a first exposure to a law enforcement career or a career as a first responder. Many of his protégés have gone on to have successful law enforcement careers from state police agencies, to municipal police departments, to Military Police. Police Chief William Shupe credited D'Amato with building the program into what it is today.

"For me it was always about mentoring, I would tell kids interested in firefighting to join us because there were no fire explorers and we'll let them live in the program and if they don't like it, that's fine, they're getting great experience," D'Amato said. "We've done car safety, crosswalk safety, the science of what a bullet actually does when it impacts different objects and a lot more, so I tried to make it an all-around program. It's taking a bunch of different personalities and get 10 kids working together."

On Monday, D'Amato officially retired from the Exeter police force after 23 years of service and was honored with a luncheon with town officials, members of the police and fire departments, and his family.

D'Amato said as a high school student in Salem, Mass., he knew he wanted to be a part of "something bigger than himself" and with the help of a friend's father, who was a Delta pilot, he enrolled in the Delta Air Explorers Program. He also began canine demonstrations at local malls, which piqued his interest in military service. He began his

EXE097

military career in the Air Force as a dog handler and would go on to serve 20 years.

"That was the start of me wanting to be part of something larger than myself," D'Amato said. "When I got out of the military, I knew I wanted to stay in a career where I was a part of something and I was hired part-time as an officer in Newmarket and shortly afterwards I was hired in Exeter and I've been here since 1995."

As part of D'Amato's retirement ceremony, Shupe said he wanted to recognize D'Amato not only for his service to the town of Exeter but his service to his country in the Air Force. He decided to borrow a tradition of the Fire Department to give an American flag flown on the flagpole outside the public safety complex on the day of a fireman's retirement and begin a new tradition for police officers as well.

"I went to (Fire) Chief Brian Comeau to run this idea by him and between the two of us, we don't know if the Police Department has ever participated in this tradition, I always looked at it as a fire tradition, but Brian said, 'That flag out front is not just the Fire Department's,' so I thank him for allowing us to participate in this tradition," Shupe said. "I can't think of a better officer to start this tradition with than Dan D'Amato."

D'Amato said he was honored to be the start of the new Exeter police tradition and would be placing the flag alongside his flag given to him by the Air Force following his military service.

"It came as a shock really, and to be the first one here (in this department) to receive one is awesome," D'Amato said. "When I got out of the military, you get a flag when you retire that was flown over the capital, it's a real honor, so this is a great tradition to start here."

Town Manager Russ Dean presented D'Amato with a commemorative clock to thank him for his years of service and said he appreciated D'Amato being a friend to all the high school kids he interacted with during his tenure.



Dover, NH: This Unbelievable, Tiny Company Is Disrupting A $200 Billion Industry

EVERQUOTE

"Dan is a consummate professional, he's set a great example in our Police Department. He's a mentor, a leader and someone who others look up to and he's been an all-around excellent officer," Dean said. "Dan spent a lot of time at the high school and as a parent of children in the schools, I can't think of anything more important than having a presence out there. Dan's demeanor and his ability to carry himself in a way where he walks that line very nicely between being an officer and being a friend to the 'kids."

D'Amato said in his retirement, he won't be getting out of the business of teaching and mentoring. He said he would potentially get into teaching beginner motorcyclists how to ride, which may entail taking a trip to Wisconsin to attend the Harley-Davidson Riding Academy to take an instructor certification course. He will also begin working part-time as a security guard at Great Bay Community College, where he said he'll look forward to interacting with a new batch of students.

D'Amato said with his newfound free time he would take a few days to get caught up on yard work and ride his motorcycle with the weather finally getting warm, but his additional leisure won't come without missing the men and women he worked alongside for more than two decades.

"It's the camaraderie; the guys, the girls. You come to work and you're with other people and I've been doing that for 40 years; the military is a really tight-knit group and this department is as well, so I'm going to miss that," D'Amato said. "It's sinking in slowly, but for the next few days I'll wake up in the morning and grab a cup of coffee and work a few hours in the yard then get out on my motorcycle."

 **SIGN UP FOR DAILY E-MAIL**
Wake up to the day's top news, delivered to your inbox.

Captured by Det. Evan Nadeau on 05-07-2018 11:11:10
http://www.seacoastonline.com/news/20160803/retiring-exeter-officers-favorite-role-mentoring-youth

**READ NEXT**

EXE098



# Robert William

Message · · ·

**Timeline**   About   **Friends** · Mutual   **Photos**   **More ▾**

DO YOU KNOW ROBERT?

If you know Robert, send him a message

 1 Mutual Friend

### Intro

🏛 Bum at we all work for the government
🎓 Went to Waltham High School
🏠 Lives in Exeter, New Hampshire
♡ Single
⊙ From Waltham, Massachusetts

### Photos





**Robert William**
May 5 at 2:02pm · 🌐                          · · ·

I post in the news how the Exeter police are corrupt and they keep getting me "banned". If it's not true about them why do they do that?

👍 Like               💬 Comment               ↪ Share

Write a comment
Press Enter to post

☺ ◎ GIF ☺

**Robert William**
May 2 at 7:15pm · 🌐                          · · ·

# With a lot of folks talking about leaks, I just had to go and take one.

👍 Like               💬 Comment               ↪ Share

Write a comment
Press Enter to post

Captured by Det. Evan Nadeau on 05-07-2018 10:36:42
https://www.facebook.com/exeterbob



## Robert William

[🔵 Message] ...

Timeline   **About**   Friends 1 Mutual   Photos   More ▼

**DO YOU KNOW ROBERT?**

If you know Robert, **send him a message**

 Mutual Friend

## 👤 About

If you know Robert, send him a message.

 You and Robert have 1 mutual friend

| Overview | | |
|---|---|---|
| Work and Education | Bum at we all work for the government | August 20 |
| Places He's Lived | | |
| Contact and Basic Info | Went to Waltham High School<br>Class of 1973 | |
| Family and Relationships | | |
| Details About Robert |  Lives in Exeter, New Hampshire<br>From **Waltham, Massachusetts** | |
| Life Events | | |
| | 1 family member | |

Captured by Det. Evan Nadeau on 05-07-2018 10:40:41
https://www.facebook.com/exeterbob/about?lst=100003257547844:556227405:1525703795


RADIO OFF ◀))     PODCAST

Sections ☰   News   Sports   Edge   Obituaries   E-Edition   Autos   Jobs   Real Estate   Classifieds   EDGE RADIO

🔍   ▲ Log In   Portsmouth 77°

ⓘ Seacoastonline.com      Subscribe Now

NOMINATE NOW!
Honor your favorite businesses by voting
for them in our Best of the Best Contest.
YOU COULD WIN $600!


Panda takes excursion into town in southwestern China


Children and the Great Outdoors: The...


Trump: Why isn't Samantha Bee fired for 'horrible language'?


Coakley 'is a big issue,' Sherman tells Rye selectmen


Maine lawmakers tell Trump not to tax China seafood imports

# Exeter man charged with defaming police chief



‹                                                           ›

▲ HIDE CAPTION

Robert Frese [Exeter police photo, file]

   

## MOST POPULAR

**1** Man stabbed after brawl at Gilley's PM Lunch
May 29 at 5:16 PM

**2** Post-prohibition era law forces Hampton brewery to close
Jun 1 at 12:57 PM

**3** Italian restaurant to open in Kittery Foreside
May 30 at 3:53 PM

**4** Dolphin dies at Kittery's Fort Foster
May 30 at 3:06 PM

• • • • •

### Never Miss A Story

Subscribe to seacoastonline.com

Subscribe Now

### OUR PICKS



Win a $5,000 Social Advertising Campaign!

By Alex LaCasse
▼ Follow

Posted May 31, 2018 at 5:00 PM
Updated at 9:34 AM

  

EXETER — An Exeter man was arrested after posting comments online regarding Police Chief William Shupe, a charge that has drawn criticism from the American Civil Liberties Union.

Robert W. Frese, 62, of 43 Hayes Mobile Home Park, was charged May 23 with criminal defamation of character, a Class B misdemeanor. According to the complaint, Frese allegedly posted that "Chief Shupe covered up for a dirty cop."

Exeter police Patrol Capt. Stephan Poulin declined to comment on the arrest and said Shupe could not comment because "he's the victim."

Frese believes an online comment he made May 3, when he accused a recently retired Exeter officer of police misconduct and that Shupe "covered up for this dirty cop," led to the charge.

Frese said he's had issues with an officer in the department since a 2013 traffic stop. He was previously charged and convicted by Exeter police on charges of stalking in 2014 and criminal trespassing in 2017 for rummaging through a private dumpster.

Frese said he believes the defamation charge is "bogus" and that police charged him because it would trigger his re-arrest for violating good behavior as ordered from a prior conviction. "They know I'll go to jail if I get convicted of a misdemeanor," Frese said. "They want to silence me."

Gilles Bissonnette, legal director with the New Hampshire chapter of the ACLU, called on the Exeter police to dismiss the charge immediately. He cited the U.S. Supreme Court New York Times v. Sullivan decision that upheld the "actual malice" standard, before speech against public officials can be considered libel.

EXE101

"There are serious free speech concerns with the enforcement of this criminal statute against the speech of this individual. Indeed, it appears that the police may be using this statute to suppress speech that is critical of police," Bissonette said. "Even in civil cases, public officials must meet a stringent standard in order to recover damages for defamatory statements. Allowing criminal prosecutions for such statements would give the government too much power to censor its critics, and would inevitably chill political speech lying at the heart of the First Amendment."

Frese was convicted March 26 of felony conduct after an accident that caused personal injury stemming from an incident Aug. 8, 2017, when he hit a construction flagger with his car in Portsmouth. According to an affidavit filed with the Portsmouth Circuit Court by officer Robert Lukacz, the flagger was interviewed at the hospital and said that before Frese drove into him, he told the flagger, "If you don't move, I'm going to run you over."

Frese was originally charged with felony first-degree assault and reckless conduct, but those charges were dismissed as part of a negotiated plea deal with prosecutors. He was sentenced to 2 to 4 years in prison, all but 67 days suspended as long as he remains on good behavior for the next two years.

In an interview for this story, Frese admitted to posting about Shupe and another officer in the comments section under a story published on Seacoastonline.com and on other websites. However, he does not believe his actions constitute defamation of character. Police would not comment on whether the post on Seacoastonline was the basis of the charge. Seacoastonline removed the comment because it contained a statement of fact that has not been proven.

## Listen: Latest From the Newsroom



The criminal complaint against Frese reads, "(Frese) purposely communicated on a public website, in writing, information which he knows to be false and knows will tend to expose another person to public contempt, by posting that Chief Shupe covered up for a dirty cop."

Rockingham County Attorney Patricia Conway said her office does not see many criminal defamation of character cases, but since the offense is a Class B misdemeanor, those cases are prosecuted by police departments and the assistant county attorneys who work under her.

Frese was released on a personal recognizance bail following his May 23 arrest. He is scheduled to be arraigned July 10 in Brentwood District Court.



## Never miss a story

Choose the plan that's right for you.
Digital access or digital and print delivery.

[ Subscribe Now ]

## Sign up for daily e-mails

[ Sign up ]

**READER SERVICES**

My Profile
Reader Service Home
New Subscriptions
Subscriber Controls
Contact Us

**SUBMISSIONS**

Events
Photos
Letters to the Editor
Corrections
Announcements & Obits
Story Ideas

**ALERTS**

Email Alerts
Text Alerts
Commercial Print

**ADVERTISE**

Media Kit Home
Products and Services
Ad Rates
Advertising Contacts
Pay Your Ad Bill

© Copyright 2006-2018 GateHouse Media, LLC. All rights reserved  ›  GateHouse News

Original content available for non-commercial use under a Creative Commons license, except where noted.
seacoastonline.com ~ 111 New Hampshire Ave., Portsmouth, NH 03801 ~ Privacy Policy ~ Terms Of Service



Captured by Det. Evan Nadeau on 06-01-2018 14:58:19 hours
http://www.seacoastonline.com/news/20180531/exeter-man-charged-with-defaming-police-chief

EXE103

# Mandi Werner

| | |
|---|---|
| **From:** | Katherine Draus <kdraus@wadleighlaw.com> |
| **Sent:** | Wednesday, June 06, 2018 2:45 PM |
| **To:** | Mandi Werner |
| **Cc:** | Robin Melone |
| **Subject:** | State of New Hampshire v. Robert Frese |
| **Attachments:** | 6.6.18 LTCourt.Appearance.pdf; 6.6.18 LTWerner.DiscoveryLt.pdf |

Attached please find Attorney Melone's appearance in the above-referenced matter. Also attached is our letter with discovery requests.

If you have any questions or concerns, please feel free to contact us.

Katherine M. Draus
Assistant to Stephen Bennett, Esq.,
  Eugene Van Loan, Esq. and Abby Tucker, Esq.
Wadleigh, Starr & Peters, P.L.L.C.
95 Market Street
Manchester, NH 03101-1933
Direct:   603.206.7290
Phone:  603.669.4140
Fax:      603.669.6018
Email:   kdraus@wadleighlaw.com
Web:    www.wadleighlaw.com

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and notify the sender by reply email.

EXE104

## Mandi Werner

**From:**       Patricia G. Conway
**Sent:**       Thursday, June 07, 2018 8:43 AM
**To:**         Mandi Werner
**Subject:**    Frese case

Hi Mandi.

Can you give me a call on this case when you have a chance?

*Patricia G. Conway*
Rockingham County Attorney
Office of the County Attorney
Tel (603)-642-4249
pconway@rcao.net

EXE105

## Mandi Werner

The Exeter police department arrested RB on June ___. 2018 for one count of criminal defamation for making false statements about crimes committed by Chief William Shupe. Per procedure, an arrest warrant was presented to a judge who signed the warrant findings probable cause. After Mr. Frese's arrest the Attorney General reviewed the facts of this case and opined that the State would not prevail at trial under the higher burden of proof beyond a reasonable doubt. After careful consideration the Exeter Police Department has decided to Nolle Prosse the charge.

The Exeter Police Department is dedicated to protecting it's citizens First Amendment rights and all the rights afforded by the United States Constitution. Further, we strive to enforce the laws of the State of New Hampshire in a fair and impartial manner. This case was brought in an effort to achieve these goals. We look forward to continuing protect and serve this community.

Sent from my iPad

## Mandi Werner

**From:** Mandi Werner
**Sent:** Thursday, June 07, 2018 12:36 AM
**To:** wshupe@exeternh.gov
**Subject:** Release

Hi Chief-

Couldn't fall asleep so I started a very rough draft of the press release. I think it's a good start- the last line might be a little too much. Not sure what else you're looking to include. See you in the morning so we can discuss.

Mandi


>
> The Exeter police department arrested Robert Frese on June ___. 2018 for one count of criminal defamation for making false statements about crimes committed by Chief William Shupe. Per procedure, an arrest warrant was presented to a judge who signed the warrant findings probable cause. After Mr. Frese's arrest the Attorney General reviewed the facts of this case and opined that the State would not prevail at trial under the higher burden, proof beyond a reasonable doubt. After careful consideration the Exeter Police Department has decided to Nolle Prosse the charge.
>
> The Exeter Police Department is dedicated to protecting its citizens First Amendment right and all the rights afforded by the United States Constitution. Further, we strive to enforce the laws of the State of New Hampshire in a fair and impartial manner. This case was brought in an effort to achieve these goals. We look forward to continuing to protect and serve this community.
>
> Sent from my iPad

EXE107



Town
of
Exeter

William Shupe <wshupe@exeternh.gov>

# FW: Defamation Case

5 messages

**Wolford, Lisa L** <Lisa.Wolford@doj.nh.gov>                    Wed, Jun 6, 2018 at 11:40 AM
To: "wshupe@exeternh.gov" <wshupe@exeternh.gov>

Chief, I would be glad to discuss this matter. Are you available tomorrow morning? I can swing by Exeter then. Just let me know.


Lisa


Lisa L. Wolford

Senior Assistant Attorney General

Chief, Criminal Justice Bureau

New Hampshire Department of Justice

33 Capitol Street

Concord, NH 03301

(603) 271-3671


**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Tuesday, June 5, 2018 9:55 AM
**To:** Gilbert, Scott
**Subject:** Defamation Case


Scott,


Great talking with you this morning. You will receive the file from Det. Pat Mulholland. After reviewing the file, would you let me know if this is a case your office would be willing to prosecute if necessary. I ask this only as I am still waiting to hear if Rockingham County Attorney Pat Conway is going to assign a Prosecutor to this case. My department prosecutor is contracted out of their office and this case is "too close to the vest" for her to prosecute. An opinion from the top Law Enforcement agency in the state would be greatly appreciated. Thanks again for your time.


Chief Bill Shupe

--

# Chief William D. Shupe

# Exeter Police Department

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061



---

**William Shupe** <wshupe@exeternh.gov>                     Wed, Jun 6, 2018 at 11:43 AM
To: "Wolford, Lisa L" <Lisa.Wolford@doj.nh.gov>

Hello Lisa,

First, Thank you for your time spent on this. Yes, I'm available tomorrow morning at any time you would like. Just let me know and that's when we'll meet.

Chief Bill Shupe
[Quoted text hidden]

---

**Wolford, Lisa L** <Lisa.Wolford@doj.nh.gov>                     Wed, Jun 6, 2018 at 11:47 AM
To: William Shupe <wshupe@exeternh.gov>

Great. 8:30 works well for me. See you then.

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Wednesday, June 06, 2018 11:43 AM
**To:** Wolford, Lisa L
**Subject:** Re: FW: Defamation Case

[Quoted text hidden]

---

**Gilbert, Scott** <Scott.Gilbert@doj.nh.gov>                     Wed, Jun 6, 2018 at 2:19 PM
To: William Shupe <wshupe@exeternh.gov>

Heard about this Office's opinion on this.  Sorry about that.

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Tuesday, June 5, 2018 9:55 AM
**To:** Gilbert, Scott
**Subject:** Defamation Case

EXE109

Scott,

Great talking with you this morning. You will receive the file from Det. Pat Mulholland. After reviewing the file, would you let me know if this is a case your office would be willing to prosecute if necessary. I ask this only as I am still waiting to hear if Rockingham County Attorney Pat Conway is going to assign a Prosecutor to this case. My department prosecutor is contracted out of their office and this case is "too close to the vest" for her to prosecute. An opinion from the top Law Enforcement agency in the state would be greatly appreciated. Thanks again for your time.


Chief Bill Shupe


--

**Chief William D. Shupe**

**Exeter Police Department**

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061


**William Shupe** <wshupe@exeternh.gov>          Wed, Jun 6, 2018 at 2:22 PM
To: "Gilbert, Scott" <Scott.Gilbert@doj.nh.gov>

That's OK Scott. I will not fly in the face of the AG's Office and appreciate everyone's assistance.

Bill
[Quoted text hidden]
[Quoted text hidden]

 



**Town
of
Exeter**

William Shupe <wshupe@exeternh.gov>

## FW: Defamation Case
5 messages

**Wolford, Lisa L** <Lisa.Wolford@doj.nh.gov>                    Wed, Jun 6, 2018 at 11:40 AM
To: "wshupe@exeternh.gov" <wshupe@exeternh.gov>

Chief, I would be glad to discuss this matter. Are you available tomorrow morning? I can swing by Exeter then. Just let me know.

Lisa

Lisa L. Wolford

Senior Assistant Attorney General

Chief, Criminal Justice Bureau

New Hampshire Department of Justice

33 Capitol Street

Concord, NH 03301

(603) 271-3671

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Tuesday, June 5, 2018 9:55 AM
**To:** Gilbert, Scott
**Subject:** Defamation Case

Scott,

Great talking with you this morning. You will receive the file from Det. Pat Mulholland. After reviewing the file, would you let me know if this is a case your office would be willing to prosecute if necessary. I ask this only as I am still waiting to hear if Rockingham County Attorney Pat Conway is going to assign a Prosecutor to this case. My department prosecutor is contracted out of their office and this case is "too close to the vest" for her to prosecute. An opinion from the top Law Enforcement agency in the state would be greatly appreciated. Thanks again for your time.

Chief Bill Shupe

EXE111

--

## Chief William D. Shupe

## Exeter Police Department

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061

 

---

**William Shupe** <wshupe@exeternh.gov>                           Wed, Jun 6, 2018 at 11:43 AM
To: "Wolford, Lisa L" <Lisa.Wolford@doj.nh.gov>

Hello Lisa,

First, Thank you for your time spent on this. Yes, I'm available tomorrow morning at any time you would like. Just let me know and that's when we'll meet.

Chief Bill Shupe
[Quoted text hidden]

---

**Wolford, Lisa L** <Lisa.Wolford@doj.nh.gov>                      Wed, Jun 6, 2018 at 11:47 AM
To: William Shupe <wshupe@exeternh.gov>

Great. 8:30 works well for me. See you then.

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Wednesday, June 06, 2018 11:43 AM
**To:** Wolford, Lisa L
**Subject:** Re: FW: Defamation Case

[Quoted text hidden]

---

**Gilbert, Scott** <Scott.Gilbert@doj.nh.gov>                      Wed, Jun 6, 2018 at 2:19 PM
To: William Shupe <wshupe@exeternh.gov>

Heard about this Office's opinion on this.  Sorry about that.

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Tuesday, June 5, 2018 9:55 AM
**To:** Gilbert, Scott
**Subject:** Defamation Case

Scott,

Great talking with you this morning. You will receive the file from Det. Pat Mulholland. After reviewing the file, would you let me know if this is a case your office would be willing to prosecute if necessary. I ask this only as I am still waiting to hear if Rockingham County Attorney Pat Conway is going to assign a Prosecutor to this case. My department prosecutor is contracted out of their office and this case is "too close to the vest" for her to prosecute. An opinion from the top Law Enforcement agency in the state would be greatly appreciated. Thanks again for your time.

Chief Bill Shupe

--

**Chief William D. Shupe**

**Exeter Police Department**

(W) 603 772-1212

(D) 603 773-6138

(F) 603 778-7061

┌─────────────────────┐
│                     │
└─────────────────────┘

───────────────────────────────────────────────────────────────────────

**William Shupe** <wshupe@exeternh.gov>                    Wed, Jun 6, 2018 at 2:22 PM
To: "Gilbert, Scott" <Scott.Gilbert@doj.nh.gov>

That's OK Scott. I will not fly in the face of the AG's Office and appreciate everyone's assistance.

Bill
[Quoted text hidden]
[Quoted text hidden]





William Shupe <wshupe@exeternh.gov>

# Meeting
2 messages

---

**William Shupe** <wshupe@exeternh.gov>          Mon, Jun 4, 2018 at 9:10 AM
To: "Patricia G. Conway" <pconway@rcao.net>

Good morning Pat,

I have heard that you have asked Mandi to not prosecute the defamation case out of a conflict, which I can understand and also do not feel any other Attorney in your office should. If you have some available time, I would like to meet with you and discuss the options for who will or if I need to look to hire someone else for this case. Thanks for your time.

Bill

--
Chief William D. Shupe
Exeter Police Department
(W) 603 772-1212
(D) 603 773-6138
(F) 603 778-7061

 

---

**Patricia G. Conway** <pconway@rcao.net>          Tue, Jun 5, 2018 at 5:50 PM
To: William Shupe <wshupe@exeternh.gov>

Good afternoon Chief – I was at a training in Providence, RI for a few days. I returned home tonight. I will give you a call on this asap. In terms of who will prosecute the case, you could call some of your fellow chiefs to inquire if they would allow their circuit court prosecutor to handle the case due to Mandi's conflict. I'm sure that you could return the favor some day.

I don't feel comfortable taking the case in my office and it is my position that my entire office has a conflict due to the relationship that we have with the Exeter Police Department and you.

As a last resort, I would ask other County Attorney's to take the case – but I feel they would be reluctant to do so as the charge is only a class B misdemeanor and generally speaking – we only handle felony cases and misdemeanors associated with felonies.

Thanks

Pat

**From:** William Shupe [mailto:wshupe@exeternh.gov]
**Sent:** Monday, June 04, 2018 9:11 AM
**To:** Patricia G. Conway <pconway@rcao.net>
**Subject:** Meeting

[Quoted text hidden]

EXE115