UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Frese

    v.

NH Attorney General

Case No. 18-cv-1180-JL

JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated January 12, 2021.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: January 19, 2021

cc:  Brian M. Hauss, Esq.
     Emerson J. Sykes, Esq.
     Henry Klementowicz, Esq.
     John M. Greabe, Esq.
     Lawrence A. Vogelman, Esq.
     Gilles R. Bissonnette, Esq.
     Samuel R. V. Garland, Esq.