UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ROBERT FRESE**<br><br>**Plaintiff,**<br><br>v.<br><br>**GORDON MACDONALD, in his official capacity only as Attorney General of the State of New Hampshire,**<br><br>**Defendant.** | Case No.: 1:18-cv-01180-JL |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Robert Frese appeals to the United States Court of Appeals for the First Circuit from this Court's January 12, 2021 order granting the Defendant's motion to dismiss (DN 44) and the corresponding January 19, 2021 entry of final judgment in this case (DN 45).

Respectfully submitted,

ROBERT FRESE,

By and through his attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation and the American Civil Liberties Union Foundation,

 */s/ Gilles R. Bissonnette*
 Gilles R. Bissonnette (N.H. Bar. No. 265393)
 Henry R. Klementowicz (N.H. Bar No. 21177)
 AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
 Concord, NH  03301
 Tel.:  603.224.5591
 gilles@aclu-nh.org
 henry@aclu-nh.org

Brian Hauss*
Emerson Sykes*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
ACLU Speech, Privacy, and Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2604
bhauss@aclu.org
esykes@aclu.org

John M. Greabe (N.H. Bar No. 18706)
296 Gage Hill Road
Hopkinton, NH 03229
Tel.: 603.513.5191
jgreabe@yahoo.com

Lawrence A. Vogelman, Esq. (N.H. Bar No. 10280)
Shaheen & Gordon
353 Central Ave. Suite 200
PO Box 977
Dover, NH 03821
Tel.: 603.749.5000
lvogelman@shaheengordon.com

* Admitted *pro hac vice*

Date:   January 20, 2021